AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | FILED'10 NOV 29 10:33USDC-ORP |
| v. | ) | |
| | ) | Case No.    '10-MJ-497 |
| MOHAMED OSMAN MOHAMUD | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 26, 2010_____ in the county of _____Multnomah_____ in the

_____ District of _____Oregon_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 2332a(a)(2)(A) | Attempted Use of a Weapon of Mass Destruction |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Ryan Dwyer, incorporated herein by this reference.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Ryan Dwyer, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____11/26/2010_____

_____
_Judge's signature_

City and state: _____Vancouver, Washington_____    Honorable John V. Acosta, U.S. Magistrate Judge
_Printed name and title_

**AFFIDAVIT**

INTRODUCTION

I, Ryan Dwyer, being duly sworn, depose and state as follows:

1.      I am a Special Agent ("SA") with the Federal Bureau of Investigation

("FBI"), where I have been employed since July 2002.  I am currently assigned to the

Portland Division.  While employed by the FBI, I have investigated federal criminal

violations related to international and domestic terrorism, as well as a number of other

criminal offenses.  I have also received training at the FBI Academy related to

international terrorism.  As a federal agent, I am authorized to investigate violations of

United States laws and to execute warrants issued under the authority of the United

States.

2.      The information contained in this affidavit is based upon my training and

experience, my personal knowledge of this investigation, and information provided to

me by other agents and law enforcement officials who have assisted in this investigation

and have experience investigating international terrorism.  I have also spoken with

agents assigned to the Joint Terrorism Task Force (JTTF) in Portland, Oregon

regarding this and other investigations.  This affidavit is intended to provide probable

cause to support the issuance of the complaint and arrest warrant and does not set forth

all of the information that I have acquired during the course of this investigation.

Statements of individuals are set forth as summaries unless otherwise indicated.

Additionally, the translation of Arabic words is set forth in brackets where the Arabic

1

would otherwise appear. Finally, quotations of email are set forth in their original form except for redactions and Arabic translations, and may include grammatical or typographical errors.

3.      This affidavit is being made in support of a criminal complaint and arrest warrant for MOHAMED OSMAN MOHAMUD ("MOHAMUD"), for the violation of Title 18, United States Code, Section 2332a(a)(2)(A), Attempted Use of a Weapon of Mass Destruction. MOHAMUD is a naturalized United States citizen who was born in 1991 in Mogadishu, Somalia. He currently resides in Corvallis, Oregon where he is a student at Oregon State University.

<u>SUMMARY OF INVESTIGATION</u>

4.      The following affidavit describes an investigation of MOHAMUD that concluded on November 26, 2010. On that day, MOHAMUD attempted to detonate what he believed was a vehicle bomb (that he acquired from FBI undercover employees) at Portland's annual Christmas tree lighting ceremony in Pioneer Courthouse Square.

5.      Court authorized surveillance obtained during this investigation showed that in August 2009 MOHAMUD was in email contact with Unindicted Associate One (UA1). In December of 2009, UA1 was located in the northwest frontier province of Pakistan, an area known to harbor terrorists. MOHAMUD and UA1 communicated regularly, and in December 2009 I believe, using coded language, they discussed the possibility of MOHAMUD traveling to Pakistan to prepare for violent jihad. In the

months that followed this exchange, MOHAMUD made multiple efforts to contact Unindicted Associate Two (UA2), the individual he believed would help facilitate his travel overseas.

6.      Because MOHAMUD used the wrong email address in his efforts to contact UA2, he never successfully contacted him to arrange to travel.  An FBI Undercover Employee (UCE1) contacted MOHAMUD in June 2010 under the guise of being affiliated with UA1 and UA1's associates.  MOHAMUD and UCE1 ultimately agreed to meet in Portland on July 30, 2010.  During this meeting UCE1 and MOHAMUD discussed MOHAMUD's devotion to violent jihad.  MOHAMUD told UCE1 how he had previously written pieces for "Jihad Recollections," an online publication supportive of violent jihad.  These articles were published in 2009, and discuss violent jihad.  In the course of this meeting, UCE1 asked MOHAMUD what he wanted to do for "the cause."  UCE1 told MOHAMUD that there were a number of ways that he could help, ranging from simply praying five times a day to becoming a martyr.  MOHAMUD said that he wanted to become "operational."  Asked to elaborate, MOHAMUD stated he thought of putting an explosion together but that he needed help doing so.  The two parted but remained in contact via email until their next meeting on August 19, 2010.

7.      On August 19, 2010, MOHAMUD met with UCE1 and a second FBI undercover employee (UCE2) in a Portland hotel.  During this meeting, MOHAMUD explained how he had been thinking of committing some form of violent jihad since the age of fifteen.  MOHAMUD then told UCE1 and UCE2 that he had identified a potential

3

target for a bomb:  the Christmas tree lighting ceremony in Portland's Pioneer

Courthouse Square on November 26, 2010.  UCE1 pointed out that there would be lots

of children at such an event, to which MOHAMUD replied he was looking for a "huge

mass that will…be attacked in their own element with their families celebrating the

holidays."

      8.      The parties continued to discuss the attack.  MOHAMUD dismissed

concerns about law enforcement, explaining that "…it's in Oregon; and Oregon like you

know, nobody ever thinks about it."  The UCEs continued to confront MOHAMUD about

his proposal but he was undeterred.  The parties then discussed the logistics involved

with MOHAMUD's plan until they parted ways.  After the meeting, UCE1 and

MOHAMUD communicated by email.  In this exchange, UCE1 again told MOHAMUD

that he wanted to make sure he was serious about what he was proposing to do.

MOHAMUD replied that he was.  They agreed to meet again on September 7, 2010.

      9.      On September 7, 2010, the parties met again at a downtown Portland

hotel.  During this meeting, UCE1 again told MOHAMUD that this was his choice and

that he should do "what's in your heart."  MOHAMUD still continued to display his

interest in carrying out the attack.  The UCEs asked MOHAMUD to buy a number of

bomb components and send them to UCE1, and they asked him to find a place to park

the vehicle bomb.  MOHAMUD agreed to do so and he also told the UCEs that he

would also locate a place to put the bomb.  The UCEs told MOHAMUD that the bomb

would be concealed in a van.

4

10.     On September 27, 2010 and September 30, 2010, UCE1 received the bomb components in the mail from MOHAMUD.  On October 3, 2010, the parties met in a Corvallis hotel.  During the meeting, MOHAMUD identified a location to park the bomb.  The parties discussed additional logistical details, including the need to rent a storage unit for the van and a plan for MOHAMUD to leave the country after the bomb was remotely detonated.

11.     On November 4, 2010, UCE1 and UCE2 met with MOHAMUD again in Corvallis.  After meeting MOHAMUD in Corvallis, the three traveled to a remote location in Lincoln County, Oregon.  During the drive to Lincoln County, MOHAMUD gave the UCEs a thumb drive that contained detailed maps and operational instructions for the attack.  During the ride MOHAMUD also reiterated his enthusiasm for the planned attack and spoke about his thwarted efforts to travel overseas to commit violent jihad.

12.     When the parties finally arrived at the location, UCE2 showed MOHAMUD an inert explosive device concealed in a backpack.  MOHAMUD and UCE2 placed the backpack in a predetermined location and then drove to a location where they were going to detonate the bomb.  While they drove, agents surreptitiously replaced the backpack with a live device.  After the parties arrived at the location, MOHAMUD used a cellular phone (as he understood it) to remotely detonate the bomb, although the actual detonation was remotely controlled by the FBI.  This remote detonation device was the same type MOHAMUD used on November 26, 2010.  After the test bomb was detonated, the UCEs and MOHAMUD returned to Corvallis.  During the ride, the UCEs

5

and MOHAMUD discussed the attack. MOHAMUD again made clear his vision for the attack: "I want whoever is attending that event to leave, to leave either dead or injured." The UCEs then recorded MOHAMUD as he read a written statement that said goodbye to his family and offered a final rationale for his attack.

13. On November 18, 2010, UCEs picked up MOHAMUD in Corvallis and traveled to Portland to finalize the details of the attack. While they were in Portland, MOHAMUD showed the UCEs the locations he had identified to park the bomb, specifically identifying the spot that he thought would inflict the most casualties.

14. On November 26, 2010, UCE1 picked up MOHAMUD and took him to a hotel in Portland to complete the attack. UCE2 arrived later, and the UCEs and MOHAMUD went and looked at the bomb which was in the back of a large, white van. When MOHAMUD saw the bomb, he told the UCEs it was "beautiful." The UCEs and MOHAMUD returned to the hotel where they stayed until approximately 4:45 p.m. at which time UCE2 and MOHAMUD drove the van to the parking spot that MOHAMUD had previously located. UCE2 parked the van and then UCE2 and MOHAMUD armed the inert device. UCE2 and MOHAMUD left the vehicle and met UCE1 at the pre-determined rendezvous location. UCE1 was dropped off and UCE2 and MOHAMUD went to the location to detonate the device. MOHAMUD dialed the number, in an unsuccessful attempt to detonate the device. MOHAMUD exited the vehicle and dialed the number again, and was taken into custody.

/ / /

6

## STATEMENT OF PROBABLE CAUSE

### Contact With UA1

15.     Results of a court authorized search obtained during this investigation

showed that MOHAMUD was in email contact with UA1 in August 2009.  UA1 was a

student in the United States from August 2007 to July 2008.  In an email sent

August 31, 2009, UA1 forwarded an email link regarding a religious school in Yemen to

MOHAMUD at truthbespoken@gmail.com.  A review of the IP address associated with

this email shows that it was sent from Yemen.

16.     According to court authorized surveillance, on December 3, 2009,

MOHAMUD received an email from UA1:

> salamz bro
>
> it's me (UA1), i made it 2 OMRA, [praise be to god] if
> u wanna come, theres a bro that will contact u about the
> proper paperwork u need 2 come... i cant go online 4 a
> while,, i hope 2 see u soon
>
> abu abdallah

17.     I know that the term "OMRA" refers to a pilgrimage to the Ka'bah, a sacred

Muslim site that is located in Mecca, Saudi Arabia.  A review of the IP address

associated with this email, however, shows that it was sent from the northwest frontier

province of Pakistan.  The northwest frontier province borders Afghanistan and

Pakistan's Federally Administered Tribal Area (FATA).  Islamic militants frequently

reside and train in these areas.

/ / /

18.    Based on my training, experience and discussions I have had with other agents experienced in investigating international terrorism, I know that it is common for individuals involved in terrorist related activities to speak in code to avoid detection. Because of this and the originating locations of this and subsequent emails from UA1, I do not believe the term "OMRA" as used in this email message referred to a location in Saudi Arabia.  Additionally, based on the fact that this email was sent from the northwest frontier province of Pakistan, UA1's apparent effort to conceal his location, and statements made by MOHAMUD described more fully below, I believe that UA1 had traveled from Yemen to Pakistan between August and December 2009 and the email described above was sent to MOHAMUD to notify him that UA1 had joined others involved in terrorist activities.  Furthermore, I believe this email was an invitation for MOHAMUD to join him.

19.    On December 5, 2009, MOHAMUD replied to UA1:  "yes that would be wonderful, just tell me what I need to do [God willing].  always wanted to see the ka'bah."

20.    On December 12, 2009, MOHAMUD received a response from UA1:

hey

check this email

jvjv003@hotmail.com

pass is the same as the email except theres an =
between the name and numbers

/ / /

21.    A few minutes later MOHAMUD received another email message from UA1 telling him to contact "abdulhadi."  Both messages UA1 sent to MOHAMUD on December 12 were also sent from the northwest frontier region of Pakistan.  Based on my training and experience I believe these emails indicate that UA1 was providing MOHAMUD instructions to establish a covert line of communication with an individual known as "abdulhadi."  "Abulhadi" is UA2 initially described above.  Based on the fact these emails were sent from the frontier province of Pakistan, UA1's efforts to conceal his location, and statements made by MOHAMUD described more fully below, I believe that UA1 was involved in terrorist activities.

### Attempts by MOHAMUD to Communicate With UA2

22.    On December 12, 2009, MOHAMUD sent an email message from his truthbespoken@googlemail.com account to jvjv=003@hotmail.com as UA1 had instructed:

> [peace be upon you (common Arabic greeting)] Abu Abdallah
>
> how are yo brother abdulhadi, I was referred to you by a friend plz get back to me as soon as possible.

23.    According to court authorized surveillance, MOHAMUD received an email in response indicating that the message was not delivered.  I believe that MOHAMUD confused the email address, which was jvjv003@hotmail.com, with the password, which was likely jvjv=003@hotmail.com or jvjv=003.  MOHAMUD attempted to send an email to the password, resulting in his email being undeliverable. As a result, MOHAMUD's

email never reached its intended recipient.  From December 2009 through May 2010, MOHAMUD made what I believe are several unsuccessful attempts to contact UA2 through email.

24.     During this period of time, MOHAMUD also reiterated his commitment to violent jihad.  On January 24, 2010, MOHAMUD sent an email to a friend who was living in Saudi Arabia.  MOHAMUD, responding to his friend's statement that his friend was going to Makkah (the holy city of Mecca), wrote:

> oh nice, make lots of [prayer] for me, make [prayer] that I will
> be the one to open Al Quds and make [prayer] that I will be a
> martyr in the highest chambers of paradise

### June 14, 2010 Interview of MOHAMUD

25.     On June 14, 2010, MOHAMUD was contacted at Portland, Oregon International Airport after he attempted to board a flight to Kodiak, Alaska.  MOHAMUD was not allowed to board the aircraft.  Shortly thereafter, MOHAMUD was interviewed by the FBI.  During the interview, agents asked MOHAMUD about his planned trip to Alaska.  MOHAMUD stated that he had secured a fishing job in Alaska through a friend and that he intended to stay with him through the summer.  MOHAMUD said that he had previously intended to travel to Yemen, but had never obtained a ticket or a visa.  When asked if he knew someone in Yemen, he stated that he did and had been in contact with UA1.

/ / /

/ / /

10

## Initial Contact Between UCE1 and MOHAMUD

26.     Based in part on MOHAMUD's earlier, unsuccessful attempts to contact

UA2, UCE1 contacted MOHAMUD in June 2010.  On June 23, 2010, UCE1 sent an

email to MOHAMUD using the account JVJV003@live.com.  This email address was

used due to its similarity to the email address that UA1 told MOHAMUD to use

(jvjv003@hotmail.com).  UCE1 wrote:

> [hello] bro...go to hushmail.com and set up an
> account...send a message to me at
> abab003@hushmail.com, I hope to hear from you soon.

27.     MOHAMUD, using a hushmail account, responded on the same day as

follows:

> assalaumu alaykum brother how are you,

28.     On June 25, 2010, UCE1 responded to MOHAMUD:

> [and peace be upon you]. [praise be to God] I am good
> brother thank you for asking. I'm sorry for the delay in our
> communication, we've been on the move. [may God reward
> you] for responding so soon. are you still able to help the
> brothers? in sh'allah, I'll hear from you soon.

29.     On June 25, 2010, MOHAMUD responded:

> I have been betrayed by my family, I was supposed to travel
> last year but Allah had decreed that i stay here longer than
> my heart desired. I am trying to find a way to go. I do not
> think I will able to go for a while. I need to save up and also
> clear up somethings. look for my emails inshallah, i will
> contact you when i am able to travel. pray for me that allah
> will free my passage from the lands of the ploytheists, peace
> be upon the messenger of Allah, his family and his
> companions. and peace be to you, and God's mercy

11

30.    MOHAMUD and UCE1 continued to communicate and agreed to meet in Portland in late July 2010.  On July 26, 2010, MOHAMUD suggested a meeting location to UCE1; UCE1 emailed MOHAMUD that he did not want to meet at that location because of security concerns.  MOHAMUD responded that he was concerned about UCE1's identity:

> and of course I will have a set of questions for you when we meet about your aqeeda to makes ure you are not a spy yourself. which of course leads me to ask, that only (UA1) could have given you my truthbespoken eamil or one or two other brothers. how did you get my email and if (UA1) did give you my email then how do you know him and describe him to me if you really do know him. only as precaution brother no hard feelings.

31.    On July 28, 2010, UCE1 replied that a "brother from oregon who is now far away vouched for you," and that UCE1 would answer all of MOHAMUD's questions when they met.  The reference to "a brother" was intended to convince MOHAMUD that UCE1 was associated with UA1 or UA1's associates.

### July 30, 2010 Meeting Between UCE1 and MOHAMUD

32.    On July 30, 2010, the first face-to-face meeting between MOHAMUD and UCE1 took place in Portland.  At approximately 11:30 a.m., MOHAMUD met UCE1 in downtown Portland.  They then walked a few blocks to a nearby hotel.  As they walked, UCE1 asked MOHAMUD what he had done over the course of his life to prove himself as a good Muslim.  MOHAMUD responded that he had written articles which had been published in "Jihad Recollections."  UCE1 asked MOHAMUD to send him copies of the articles he had written.

33.     MOHAMUD asked UCE1 how he obtained MOHAMUD's "truthbespoken"
email address.  UCE1 stated that he received MOHAMUD's email address from the
"ijtimeat," loosely translated from Arabic as "council."  MOHAMUD asked if UCE1 had
been in contact with UA1.  UCE1 said he may have met UA1 overseas but that it was
only in passing.  UCE1 gave a general physical description of UA1, but stressed that he
received MOHAMUD's contact information from the "ijtimeat."  UCE1 asked MOHAMUD
if he could travel and mentioned that it might be difficult for MOHAMUD to support the
cause overseas if he was on the No-Fly list.

34.     UCE1 asked what MOHAMUD would do "for the cause."  MOHAMUD said
he initially wanted to wage war in the U.S.  Later on, MOHAMUD read one of the
Hadiths and had a dream.  In the dream, MOHAMUD said he traveled to Yemen and
received training.  Afterwards, he was sent to Afghanistan to lead an army against the
infidels.  UCE1 said this was a good dream, but that MOHAMUD must be careful.
MOHAMUD said he wanted to introduce some brothers to UCE1.  UCE1 said he should
not tell anyone about him or this meeting to protect MOHAMUD and himself.

35.     UCE1 again asked what MOHAMUD would do for the cause.  MOHAMUD
said he "could do anything."  UCE1 said he could not tell him what to do, that it had to
come from his own heart and Allah. UCE1 suggested the following options:  (1) pray five
times a day and spread Islam to others; (2) continue studying and get an engineering or
medical degree so he could help the brothers overseas; (3) raise funds for the brothers
overseas; (4) become "operational;" and (5) become a "shaheed" (martyr).  MOHAMUD

13

immediately said he wanted to be "operational," but noted he did not know how and he would need training.

36.    When asked to elaborate on went he meant by being operational, MOHAMUD said he wanted to put an explosion together and went on to say he has heard of brothers putting stuff in a car, parking it by a target, and detonating it.  UCE1 indicated he would be able to help out with this type of operation by introducing MOHAMUD to a brother who was an expert in explosives.

37.    UCE1 asked MOHAMUD to do some research about possible targets. UCE1 concluded the meeting by saying he would contact MOHAMUD via e-mail and see him again in approximately four weeks.  UCE1 was equipped with audio equipment to record the meeting.  However, due to technical problems the meeting was not recorded.

### Articles Written by MOHAMUD for "Jihad Recollections"

38.    On July 30, 2010, after their face-to-face meeting, MOHAMUD sent an email message to UCE1.  In the email message MOHAMUD stated that he had come to a decision about their discussion and would discuss it in further detail the next time they met.  MOHAMUD also explained that he had published articles in "Jihad Recollections" in 2009 under the name Ibnul Mubarak.  He enclosed links to each of these issues of "Jihad Recollections" and described the articles.  MOHAMUD added that he had planned to submit a fourth article to "Jihad Recollections."

/ / /

14

39.    I have reviewed the online versions of the first three issues of "Jihad Recollections" and I have confirmed that the articles described by MOHAMUD and the links to the articles sent to UCE1 were in fact published.  In his April 2009 article, entitled "Getting in shape without weights," MOHAMUD offered tips on preparing for violent jihad.  Preparing militarily, he said, includes the need to "exercise the body and to prepare it for war . . . ."  MOHAMUD wrote that the "Mujahid . . . must fulfill the obligation of preparing himself physically for jihad . . ." and that it is necessary to train "in order to damage the enemies of Allah as much as possible."  MOHAMUD also wrote that it terrorizes the enemy when the Mujahideen strike with speed and planning, and that the ability to carry on for a long period of time is especially helpful during raids on the enemy.

40.    In addition to the "Jihad Recollections" articles, MOHAMUD included another article that he said he wrote and sent to "Inspire."  "Inspire" is an extremist publication published by al Malahim media, the media arm of Al Queda of the Arabian Peninsula, a designated Foreign Terrorist Organization, which has included articles from OSAMA BIN LADEN and articles about committing violent jihadi attacks.

### August 19, 2010 Meeting Between UCE1, UCE2 and MOHAMUD

41.    On August 19, 2010, the second face-to-face meeting between MOHAMUD and UCE1 took place in Portland.  During this meeting UCE1 again met MOHAMUD downtown and walked to the hotel where they met on July 30, 2010.  In the hotel room, UCE1 introduced MOHAMUD to a second FBI Undercover Employee

15

(UCE2).  UCE2 held himself out to be an experienced operative working with UCE1.

The meeting was audio and video recorded by multiple recorders on the UCEs and

placed in the hotel room where the meeting occurred.  I have reviewed portions of these

recordings.

42.    After some preliminary discussion, MOHAMUD told UCE1 and UCE2

when he began thinking about violent jihad:

> Well, when I was fifteen you know I had a, I was - I made [a
> special prayer for guidance] about whether I should you
> know . . . should go you know and make jihad in a different
> country or to make like an operation here you know like,
> something like Mumbai.  You know, it would be simple you
> know you could get some weapon you know.  So I made [a
> special prayer for guidance] and it was like when I was
> fifteen so, I had a dream that night, and in my dream you
> know I saw the mountains of Yemen . . . .

43.    UCE1 later asked MOHAMUD when he started thinking about the

mujahideen.  MOHAMUD said that it was when he turned fifteen, and he explained that

during Ramadan someone told him about the martyrs and the virtues, and MOHAMUD

"didn't even have to hear anything else."  Elaborating, MOHAMUD said:  "This is a

decision that I made and if, if this [the truth], you know . . . and if you don't sacrifice your

own kids, when will victory come you know. There has to be sacrifice before you know

any progress is made anywhere; anything."

44.    The parties continued to talk.  MOHAMUD described the target he had

indentified to UCE1 and UCE2:

> Basically it's [Pioneer Square] like, Portland is like the main
> meeting when they have events everybody comes up there

you know? So they have a, on the 26th of November . . . they have a Christmas lighting and some 25,000 people that come.  You know the streets are packed.  I thought, I thought if you could help me you know to have a, to have a you know a truck [if God will], you know so that they could you know refrain.  If you understand what I'm saying to you?

45.    The conversation continued:

UCE1:  but um, and this, this is again, what's in your heart? So I'm just bringing it to your mind?  You know there's gonna be a lot of children there?

MOHAMUD:  Yeah I mean that's what I'm looking for.

UCE1:  For kids?

MOHAMUD:  No, just for, in general just a huge mass that will, you know like for them you know to be attacked in their own element with their families celebrating the holidays. And then for later to be saying, this was them for you to refrain from killing our children, women . . . so when they hear all these families were killed in such a such a city they'll say you know what your actions you know they will stop you know.  And it's not fair they should do that to people and not feeling it, The sheikh Usama you know (UI) he said [I swear to Allah the Great], you know he swore by Allah you know, [that America will not even dream of security . . .]

46.    UCE2 then told MOHAMUD that he loved his idea but that he could leave anytime he wanted.  UCE2 then asked MOHAMUD about the law enforcement presence at the event, to which MOHAMUD replied:

Is that . . . in Portland?  Not really.  They don't see it as a place where anything will happen.  People say you know, why, anybody want to do something in Portland, you know. It's on the west coast, it's in Oregon; and Oregon's like you know, nobody ever thinks about it.  If we're like LA or something that's different so . . . .

17

47.    UCE2 asked MOHAMUD if he thought about an attack when he was

fifteen years old.  MOHAMUD again mentioned that he had originally thought about

conducting an attack similar to the Mumbai attack by teaming up with some "brothers."

He said that because he had been a rapper, he could obtain a pistol or AK (AK47

assault rifle).  MOHAMUD was seventeen, not fifteen at the time of the 2008 Mumbai

attacks.

48.    UCE1 asked MOHAMUD to further describe the tree lighting ceremony.

MOHAMUD continued:

> They bring a big Christmas tree and sit it in the middle of the
> square.  And all the people gather . . . the mayor give a big
> speech and you know all the people are there.  And they
> bring their you know families you know.  This is their holiday
> . . . people come for this lighting at 5:30 sharp . . . so I was
> thinking that would be the perfect time you know . . . .

49.    MOHAMUD explained his plans further, and UCE2 asked MOHAMUD:

> So are you telling me that you don't mind driving it and, and
> blowing it up while you in it?

> MOHAMUD:  Yeah, I don't mind that.  That, that, that I mean
> if, if I wasn't in it then you know then they'll look for me and I
> would have to have some way to leave the country you
> know[.]

50.    A short time later, the UCEs confronted MOHAMUD about the significance

of what he was suggesting, repeatedly reminding MOHAMUD how difficult the operation

would be.  Again, the UCEs asked him how long he had been thinking about this.

MOHAMUD responded:

/ / /

18

> Since I was fifteen you know I, since I was fifteen I thought about all this things before . . . .
>
> UCE1:  And you're not worried?
>
> MOHAMUD:  Because if you were to going to [Paradise] you wouldn't have to worry, right?

51.    UCE1 asked MOHAMUD how long he had been thinking specifically of an attack on Pioneer Square, and MOHAMUD said since UCE1 and MOHAMUD had talked before.  MOHAMUD said that he looked around at a couple of places, looked to see where a vehicle could be placed and where the most people were and he decided that Pioneer Square was the best place.

52.    In response to the UCEs describing how difficult the operation would be, and specifically responding to the UCEs' statements regarding the presence of families and children at the attack location, MOHAMUD responded:

> Yes, I will push the button because [my brother], every day we see . . . .
>
> UCE1:  Allah [UI] Allah is looking at you right now.
>
> MOHAMUD:  Allah [may He be glorified and exalted] is always looking at me, but imagine every day we see you know in our, you know, newspapers and news you know our people are killed you know.  So for us to see that you know it would be a smile from me to see them in the same . . . you know, you know what I like, what makes me happy?  You know, what I like to see?  Is when I see the enemy of Allah then you know their bodies are torn everywhere.  Like, like when I see the (UI).

53.    The UCEs talked with MOHAMUD about whether he was committed to the attack he was planning, and UCE1 told MOHAMUD:

> We want to make sure that it's, you know, it's in your heart, you know. If we get all the way there and you're like, uh oh. Yeah, and even if that happens, we'll be disappointed but you always have a choice. You understand? With us you always have a choice.

54.    MOHAMUD and the UCEs then left the hotel room after the meeting and drove to Pioneer Square. They walked around Pioneer Square and MOHAMUD explained where the people and the Christmas tree would be during the ceremony, where he was thinking about driving, and potential obstructions to the vehicle. UCE2 asked what MOHAMUD would have done if he had never met the UCEs. MOHAMUD explained that one of his plans was to leave the country without graduating and go visit his friend in Saudi Arabia. MOHAMUD implied that from Saudi Arabia he would then try to meet the right people. MOHAMUD also said that UA1 told MOHAMUD to come overseas and study, which would give MOHAMUD a legitimate reason to travel. MOHAMUD also discussed his plan to enter Yemen.

### Email Exchange Between UCE1 and MOHAMUD

55.    On August 21, 2010, UCE1 sent MOHAMUD an email in which he stated that he and UCE2 were going to discuss MOHAMUD's plan with the "council." Prior to doing so, however, UCE1 said that he wanted to make sure MOHAMUD was serious about his intention to commit this attack. He asked MOHAMUD to pray and "let me know how you feel. A bomb is very serious matter . . . this attack must come from [his heart] . . . ."

/ / /

20

56.    On August 27, 2010, MOHAMUD replied to UCE1 that he had prayed for guidance and, when he woke up, his "[faith] was sky high for no apparent reason. so i see it as a sign [God willing] that the trafficl ight is green lol..."

### September 7, 2010 Meeting Between UCE1, UCE2 and MOHAMUD

57.    On September 7, 2010, MOHAMUD met with UCE1 and UCE2 for the third time. That evening, UCE1 picked up MOHAMUD and the two went to a hotel in Portland where they met UCE2. This meeting was audio and video recorded on multiple recording devices concealed on the UCEs, in the hotel room, and in the UCEs' vehicle. I have reviewed portions of these recordings.

58.    UCE1 told MOHAMUD that he had showed the "council" MOHAMUD's work. He told him that they were impressed and did not want MOHAMUD to be a martyr yet because he had skills that would be useful to the brothers overseas. Rather, they suggested, MOHAMUD go through with his plan, but then leave the country after the attack instead of martyring himself. UCE1 again told MOHAMUD that his participation in the plan was solely his decision: "This is your choice, it's what in your heart, we can't tell you what's in your heart."

59.    A short time later, UCE1 asked MOHAMUD which option would he chose if he were presented with the following two choices related to the operation that they had discussed: (1) MOHAMUD could become a martyr by driving a van to the attack site and completing the attack, or (2) MOHAMUD could park the vehicle, leave the area, make a cellular telephone call and "the same thing happens." According to UCE1,

21

MOHAMUD and UCE1 would then travel someplace and stay for a few days before traveling overseas. MOHAMUD responded that he preferred the second option because he believed that martyrdom required the "highest level of faith." He was concerned that after living in the United States and attending college he may not have that "high faith."

60. The UCEs asked MOHAMUD to find the ideal place to park the truck informing him that it could be up to a block away and still be effective. They also told him that the bomb would be in a van. MOHAMUD stated that he would find a place to park it. When he found the parking spot, MOHAMUD said that he would send an email to UCE1 stating that he "found his keys."

61. UCE2 also asked MOHAMUD if he was willing to purchase some components for the bomb. MOHAMUD agreed and the UCEs asked him to buy one Utiliteck Mechanical Programmable Timer, two Nokia prepaid cellular telephones, one heavy duty toggle switch and one heavy duty 9Volt snap connector. Additionally, following up an earlier phone call between UCE1 and MOHAMUD, the UCEs spoke with MOHAMUD about finding his own apartment where they could meet and "hide out" for a few days after the attack. The UCEs provided MOHAMUD with $2700 in United States currency to cover the cost of this apartment and $110 for the bomb components that UCE1 and UCE2 asked MOHAMUD to buy and send to them.

62. UCE2 then asked MOHAMUD how many people would be at the Christmas tree lighting event. MOHAMUD replied:

22

> Hm, they say 25,000 but I'm guessing more like 12,000, 15,000...a lot of people, and the streets are packed and also it's black Friday that day. So all the, it doesn't even have to be at Pioneer Square. The whole area uh is, is all gonna be packed. They're gonna be shopping at Pioneer Square, they're gonna be shopping, the, the whole place is, there's a mall.

63.    The UCEs and MOHAMUD continued to discuss the plan. They then talked with MOHAMUD about UCE1 staying in Corvallis with MOHAMUD for a few days after the attack before leaving the country. UCE2 said that they will get papers for MOHAMUD to leave, and asked him again if he wanted to leave. MOHAMUD said that he always wanted to leave because he did not like living in the United States. MOHAMUD later explained that he was thinking about flying to join the brothers after finishing his job in Alaska during the preceding summer. However, MOHAMUD said that he was unable to travel to Alaska because he was on the "No-Fly" list. The meeting ended and UCE1 left the hotel with MOHAMUD. As they walked outside, UCE1 talked to MOHAMUD about the strength of the car bomb:

> And when you dial that phone number, I'm telling you, when you look at all of this you can park the car probably two blocks this way or this way, or that way, all of this is going to be gone.
>
> MOHAMUD: Really?
>
> UCE1: Yeah. It's, when you see, when you see what he builds.
>
> MOHAMUD: Wow, like two blocks?

23

UCE1:  Yeah.

MOHAMUD:  Wow, that's amazing.

### MOHAMUD Mails Bomb Components to UCE1

64.    On September 14, 2010, MOHAMUD emailed UCE1 and asked for an address to mail the "birthday phone" that UCE1 wanted.  UCE1 gave MOHAMUD a name and address to use to mail the telephones.  On September 27, 2010, UCE1 received two Nokia cellular telephones at the address he gave MOHAMUD.

65.    On September 19, 2010, MOHAMUD emailed UCE1 and asked him for the address where he should send the "other items."  UCE1 sent him a new address. On September 30, 2010, UCE1 received one package of five 9Volt battery snap connectors, one package of two quarter inch stereo phone jacks, one heavy duty toggle switch, and one solderless right-angle phono plug.  Each of these items was purchased from Radio Shack.  Also included in the package was a pack of gum and a handwritten note stating "Good Luck with ur stereo system Sweetie.  Enjoy the Gum."

66.    On September 24, 2010, MOHAMUD emailed UCE1 stating "brother, finally found my keys!  been lookin for a while.  anyways see you soon [God willing]."

### October 3, 2010 Meeting Between UCE1, UCE2 and MOHAMUD

67.    On October 3, 2010, UCE1, UCE 2 and MOHAMUD met in Corvallis, Oregon.  UCE1 picked up MOHAMUD and they traveled to a hotel where they met UCE2.  This meeting was audio and video recorded on multiple recording devices

/ / /

concealed on the UCEs, in the hotel room and in the UCE's vehicle. I have reviewed portions of these recordings.

68.     MOHAMUD told UCE1 and UCE2 that he had picked a good location to park a vehicle near Pioneer Square. He then described a fifteen-minute parking spot near the square. He outlined a plan in which, if the space was taken, one of the UCEs could drive around the block until the spot opened up. MOHAMUD then used a piece of paper to describe the plan in better detail. UCE2 said that it seemed like MOHAMUD had chosen a good location, but that he should have three spots in mind in order to ensure a successful operation. UCE1 asked that MOHAMUD do some detailed research including photographs, marked maps and escape routes. UCE1 explained that the plan was for UCE2 and MOHAMUD to drive the van to the location. After they parked the vehicle, UCE1 would pick them up and drive them away. UCE2 asked MOHAMUD to rent a storage unit for them to hide the van and the bomb components.

69.     UCE2 described the conditions in the area to which MOHAMUD would travel after the attack. He told MOHAMUD that these conditions would be harsh and that the studying and training would be difficult. UCE2 also told him that the trip there would be difficult, and he would not be able to contact his family. MOHAMUD stated that he still wanted to go.

70.     The UCEs asked MOHAMUD to send them passport photographs to help in getting him out of the country. The UCEs asked MOHAMUD about what he was going to say to his family since he was going to be away for such a long time.

MOHAMUD said that he was planning on not saying anything regarding traveling overseas.  UCE1 told MOHAMUD that it would take three days to get him out of the country.

71.    The parties continued to discuss planning for the attack.  UCE2 asked MOHAMUD if he knew of a remote location to test the detonation mechanism of the explosive device.  MOHAMUD said he had some locations in mind and asked about the detonation device.  UCE2 told him that the device would be detonated using a cellular telephone.  Towards the end of the meeting, MOHAMUD continued to show his enthusiasm for the planned attack: "it's gonna be a fireworks show... a spectacular show . . . New York Times will give it two thumbs up . . . ."

### MOHAMUD Mailed Passport Photographs to UCE1

72.    On October 13, 2010, MOHAMUD mailed four passport photographs of himself to UCE1.

### November 4, 2010 Meeting Between UCE1, UCE2 and MOHAMUD

73.    On November 4, 2010, UCE1 and UCE2 met with MOHAMUD in Corvallis, Oregon.  This meeting was recorded by audio recording equipment concealed on each UCE and audio and video recording equipment concealed in the UCE vehicle.  I have reviewed portions of these recordings.  After meeting in Corvallis, the UCEs and MOHAMUD traveled to a remote location in Lincoln County, Oregon.  MOHAMUD was told that the purpose of this was to test the functioning of an explosive device.  He was also told that the device he would use in his planned attack was similar to the one they

were going to test but that it would be significantly larger and hundreds of times more powerful.

74.     As they drove, MOHAMUD discussed the details of the planned attack. Using his computer, MOHAMUD showed UCE2 pictures of specific parking locations he had found for the van near Pioneer Square.  He also provided the UCEs a computer thumb drive which he indicated contained information pertaining to the attack.  The thumb drive was subsequently analyzed by the FBI's Portland forensics laboratory.  The analysis determined that the drive contained a number of files including:  Google street-view photographs of three areas near Pioneer Square, titled "parking 1.png," "parking2.png," and "parking_3.png;"  a photograph titled "bikegallery_meetingarea.png;" highlighted Google maps images showing routes in and out of downtown Portland; and a document listing directions from Corvallis to Pioneer Square and from downtown Portland back to Corvallis.  In this last document, detailed instructions were included about how they would ensure they were able to park in one of the spots.

75.     UCE2 later viewed the photographs from the thumb drive described above and confirmed that they were the same images MOHAMUD had shown him on MOHAMUD's computer during this meeting.

76.     In the car, MOHAMUD and the UCEs also discussed what MOHAMUD wanted to do after the attack and his past efforts to travel overseas for violent jihad. MOHAMUD told UCE2 that when he took a family trip to the United Kingdom he tried to

27

obtain a visa to go to Pakistan, and he said that UA1 was in Pakistan at the time.

MOHAMUD said,

> I went there with family but I, my intention was to, I was
> trying to get a visa to Pakistan. And (UA1) was there at that
> time, I was trying to set something up, I was close, you
> know, but it didn't work out 'cause uh, my passport had not
> been valid for six months . . . so I couldn't get the visa.

MOHAMUD later talked more about the group of like minded brothers he was with, most

of whom have since traveled overseas. MOHAMUD said that at that time, "UA1 was

trying to get all of us to go to Yemen and I was telling everybody, let's, let's go there you

know…" Later, MOHAMUD stated, "I tried like maybe three times to go to jihad…"

77.    When they arrived at the designated location, UCE2 showed MOHAMUD

an inert explosive device. The device was concealed in a blue backpack. UCE2

explained that the device contained several of the components previously provided by

MOHAMUD, including the cellular telephones he purchased in September. He and

MOHAMUD then placed the inert device in a location previously arranged by law

enforcement. While UCE1 and UCE2 drove MOHAMUD to the location where they

planned on detonating the device, bomb technicians surreptitiously replaced the inert

device with a live explosive device. The live explosive device was under the control of

the bomb technicians.

78.    Once MOHAMUD and the UCEs reached the location, the UCEs showed

MOHAMUD how to detonate the device. MOHAMUD then used a cellular telephone to

perform the actions he had been told would trigger the device. When law enforcement

confirmed that he had taken the necessary steps with the phone to detonate the device,

the bomb technicians detonated the live device leading MOHAMUD to believe he had

caused the device to explode.  After the bomb exploded, the UCEs and MOHAMUD

returned to Corvallis.

79.    During the drive back to Corvallis, the UCEs and MOHAMUD discussed

the attack.  UCE1 asked MOHAMUD if he was capable of looking at the bodies of those

who will be killed in the explosion.  MOHAMUD replied, "Do you remember when 9-11

happened when those people were jumping from skyscrapers...I thought that was

awesome."  UCE1 told MOHAMUD that he was going to see body parts and blood.

MOHAMUD responded, "I want to see that, that's, that's what I want for these people."

He continued, "I want whoever is attending that event to leave, to leave either dead or

injured."

80.    When they arrived at MOHAMUD's apartment, MOHAMUD made a video.

MOHAMUD changed his clothes, telling him he wanted to be "Sheik Osama style" and

put on a white robe and a white and red headdress.  He then put on a camouflage

jacket.  UCE1 then filmed MOHAMUD as he read a written statement on camera:

> [I take refuge in Allah from Satan the accursed; in the name
> of Allah the merciful, the compassionate; all praise be to
> Allah, we praise him, we seek his assistance and
> forgiveness. We take refuge in Allah from the evil of our
> souls and from the sins of our acts. He who Allah guides
> there is none to lead him astray, he has none to guide him
> alright. I bear witness that there is no god but Allah alone, he
> has no associate. As for hereafter], This is a message [if
> God wills] to those who have wronged themselves and the
> rights of others. From the Americans and others. A dark day

29

is coming your way [with the permission of Allah the glorified the exalted]. For as long as you threaten our security, your people will not remain safe. As your soldiers target our civilians, we will not help to do so. Did you think that you could invade a Muslim land, and we would not invade you, but Allah will have soldiers scattered everywhere across the globe. To those doubting the victory of Allah's [the glorified the exalted] then we say there's a lesson in the USSR for you, and also in the events going on in Afghanistan. Their power is not except propaganda and the tongues of people. To those Muslims who reside amongst the [infidels] we say to them, [What has stopped you from fighting in the cause of Allah] What has stopped you from fighting in the cause of Allah [and the raising of the banner of "no god but Allah"?]. Because living here is a sin … To my parents, who held me back from Jihad in the cause of Allah. I say to them, [by Allah] if you-if you make allies with the enemy, then Allah's power [the glorified the exalted] will ask you about that on the day of judgment, and nothing that you do can hold me back except of the [predestiny] Allah's hand to Allah [the glorified the exalted], and [if God wills], you will see the victory of (UI) the victory of Islam, and I pray to Allah's [the glorified the exalted] you as well are guided. … And finally I wanted to finish with a-with a poem that I wrote for the Mujahadeen across the globe. It is from your brother to his brothers.

You stand in my eyes as a white distant pearls who have forsaken their desires and the life of this world. I sit here, cold cement numbing my feet. The world once (UI) honor under Allah and his rule. The Muslims most noble and a mujahid hold on to Jihad to continue our rule. When we fell into Dunia and united no more as the pagan's rejoiced invading our shores. Our honor merely memories of times before and the centuries raced on as our power regressed. While the humans fell in darkness, suicidal depressed, the Christians and Jews have finally established their rule. In the hot burning desserts, the wind still blew as a few bright faces looked up at the moon. When Ramadan had begun and their faith renewed. So carry on oh brothers, and march on ahead to meet your creator and lie on some beds, and the martyr's don't die, so don't say they're dead. Explode on

30

> (UI). Explode on these [infidels]. Alleviate our pain.
> Assassinate their leaders, commanders, and chiefs from
> your brother to his brothers (UI).

### November 18, 2010 Meeting Between UCE1, UCE2 and MOHAMUD

81.    On November 18, 2010, UCE1 and UCE2 met MOHAMUD for the sixth time. This meeting was audio and video recorded by multiple recording devices. I have reviewed portions of these recordings. The UCEs picked up MOHAMUD at his apartment and drove to a storage unit that MOHAMUD had rented. After they arrived, MOHAMUD gave UCE2 a key to the unit.

82.    The UCEs and MOHAMUD then drove to a hotel in Portland. During the drive, UCE1 asked MOHAMUD what he would be doing if he had not met the UCEs. MOHAMUD replied that he had intended on traveling to Yemen after making money during his Alaska trip. When they arrived at the hotel, the UCEs and MOHAMUD continued to discuss his plan for the November 26, 2010 attack. Using his laptop computer, MOHAMUD showed UCE2 the parking spots for the bomb that were on the thumb drive he had given the UCEs. When they were done looking at the computer, they left the hotel room and drove to Pioneer Square.

83.    At Pioneer Square, they again discussed MOHAMUD's proposed parking spots for the bomb. MOHAMUD told the UCEs that he did not like the parking spot in front of the watch shop as much as the others because it was a block away and the blast might not cause as much damage. He told the UCEs that he liked the parking spot in front of another nearby store because there was a light rail stop across the street

31

from that location, and MOHAMUD told the UCEs that he could place a camera in the van with a view of the stop.  MOHAMUD explained that the camera would feed live footage to his laptop and he would wait until a train arrived before detonating the bomb in order to cause more casualties.  While at the square the UCEs and MOHAMUD timed the walk from the square to the rendezvous location that MOHAMUD had identified earlier.  After leaving the square, the UCEs drove to Corvallis and dropped MOHAMUD off at his apartment.

### November 23, 2010 Meeting Between UCE2 and MOHAMUD

84.    On November 23, 2010, UCE2 met MOHAMUD at his apartment in Corvallis and drove him to the storage unit MOHAMUD had rented.  This meeting was audio and video recorded by multiple recording devices.  To date, I have not reviewed these recordings.  However, I spoke with the agent who received a full statement from UCE2 regarding this meeting and learned the information set forth below.

85.    During this meeting MOHAMUD helped UCE2 load items from the storage unit into UCE2's vehicle.  Included among these items were two barrels, a gasoline can, electrical wires and a large box of screws.  UCE2 told MOHAMUD that these things would be used in the construction of the bomb (the items had previously been placed in the storage unit by FBI Agents).  UCE2 asked MOHAMUD if he had selected a name for the passport they would use to get him out of the country.  MOHAMUD stated that he wanted to use the name BEAU COLEMAN.

/ / /

32

86.    MOHAMUD also provided UCE2 reflective traffic markers, hard hats, safety glasses, reflective vest and reflective gloves which, during the November 18, 2010 meeting, UCE1 had requested MOHAMUD obtain for the planned attack. MOHAMUD told the UCEs that they would wear the reflective gear and use the traffic markers when they parked the van. If they were approached by anyone, MOHAMUD stated that he would talk on their behalf because he had previously worked at a "public works" company. As they walked from the square to meet up with UCE1, they would drop the reflective clothing in a garbage can. During the meeting, MOHAMUD stated that he felt "good" and "calm." At the conclusion of the meeting UCE2 drove MOHAMUD back to his apartment.

### November 26, 2010

87.    At approximately noon on November 26, 2010, UCE1 picked up MOHAMUD in Beaverton, Oregon. UCE1 drove MOHAMUD to a Portland hotel. The two waited at the hotel until UCE2 arrived. After UCE2's arrival, MOHAMUD and the UCEs left the hotel to look at the bomb which was parked in a van at a nearby location.

88.    The bomb was contained in the back of a late-model, white full-size van. The bomb was inert and constructed by FBI bomb technicians. It consisted of six 55 gallon drums containing inert material, inert detonation cord, inert blasting caps, and approximately one gallon of diesel fuel which gave off a strong odor. In the front seat of the van agents placed a detonation mechanism which consisted of a cellular telephone,

/ / /

33

a 9volt battery, an arming switch and a phone-jack plug. After looking at the bomb, MOHAMUD, smiling, stated that it was "beautiful."

89.    MOHAMUD and the UCEs then returned to the hotel. Before leaving, UCE2 asked MOHAMUD if he was sure he wanted to go through with the attack. MOHAMUD twice replied that he was sure he wanted to go ahead with the attack. While they were in the room, the television was on. Local news coverage reported that approximately 25,000 would be at the tree lighting event. MOHAMUD smiled and indicated he was pleased with the size of the crowd. At approximately 4:45 p.m., UCE2 left the hotel to wait for UCE1 and MOHAMUD. UCE1 and MOHAMUD got in an SUV, picked up UCE2 and all three drove to the van. UCE1 dropped UCE2 and MOHAMUD at the van and left the area. UCE2 drove the van and MOHAMUD was in the passenger seat.

90.    UCE2 and MOHAMUD drove to the location at Yamhill and Sixth Street by Pioneer Courthouse Square that MOHAMUD had previously identified as a place to park the bomb. Unbeknownst to MOHAMUD, the FBI and Portland Police Bureau ensured that the street and parking spot were open as the van approached. UCE2 parked the van. MOHAMUD then attached the blasting cap to the device. UCE2 turned on the phone that was designed to detonate the bomb and asked MOHAMUD to flip the toggle switch, which he did. These are the same steps MOHAMUD was shown when he detonated the practice bomb on November 4, 2010.

/ / /

34

91.   UCE2 and MOHAMUD then got out of the van. MOHAMUD and UCE2 put on the hard hats MOHAMUD had purchased earlier and walked to meet UCE1 at Southwest 10th and Salmon, the rendezvous location that MOHAMUD had picked earlier. UCE1 picked up MOHAMUD and UCE2 and the three drove to Union Station, the train station, to drop off UCE1. UCE2 and MOHAMUD then drove to the predetermined arrest location, a parking lot near Union Station. UCE2 pulled into the lot, parked, and UCE2 gave MOHAMUD the phone that purportedly detonated the bomb. UCE2 started to read the phone number to MOHAMUD but MOHAMUD appeared so eager that he started to read and dial the number off the paper UCE2 was holding faster than UCE2 could recite it. After he dialed, the FBI confirmed that the call went through and that the inert bomb did not detonate. UCE2 then suggested that MOHAMUD step out of the car and try it again where the signal might be better. MOHAMUD called the number again. He was taken into custody shortly thereafter. As MOHAMUD was being transported from the arrest location, he yelled "Allahu Akhbar" and began violently kicking the agents and officer in the transport vehicle and had to be restrained.

## CONCLUSION

92.   Based upon the aforementioned facts and my training and experience, there is probable cause that on or about November 26, 2010, MOHAMED OSMAN MOHAMUD committed a violation of Title 18, United States Code, Section 2332a(a)(2)(A), Attempted Use of a Weapon of Mass Destruction.

35

93.     This affidavit has been reviewed and approved for presentation by Assistant United States Attorneys Ethan D. Knight and Jeffrey Sweet, who concur that there is probable cause that MOHAMED OSMAN MOHAMUD committed a violation of Title 18, United States Code, Section 2332a(a)(2)(A), Attempted Use of a Weapon of Mass Destruction.

Ryan Dwyer
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 26th day of November 2010.

UNITED STATES MAGISTRATE JUDGE