FILED'10 NOV 29 11:34USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

MOHAMED OSMAN MOHAMUD,

Defendant.

Case No. 10-CR- 475-ICI

**INDICTMENT**

Attempt to Use a Weapon of Mass Destruction
18 U.S.C. § 2332a(a)(2)(A)

### THE GRAND JURY CHARGES:

On or about November 26, 2010, in the District of Oregon, **MOHAMED OSMAN MOHAMUD**, defendant herein, without lawful authority, knowingly attempted to use a weapon of mass destruction, specifically a destructive device or explosive bomb, against a person or property within the United States, and the mail or a facility of interstate or foreign commerce was used in furtherance of the offense; all in violation of Title 18, United States Code, Section 2332a(a)(2)(A).

Dated this 29 day of November 2010.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon

_____
ETHAN D. KNIGHT, OSB #99298
Assistant United States Attorney

_____
JEFFREY SWEET, OSB #99418
Assistant United States Attorney