**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Steven T. Wax**
**Federal Public Defender**
steve_wax@fd.org
**Ruben L. Iñiguez**
**Assistant Federal Public Defender**
ruben_iniguez@fd.org
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**503-326-2123 Telephone**
**503-326-5524 Facsimile**

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-475-KI |
| Plaintiff, | FIRST MOTION TO COMPEL DISCOVERY |
| v. | |
| MOHAMED OSMAN MOHAMUD, | |
| Defendant. | |

The defendant, Mohamed Osman Mohamud, through his attorneys, respectfully moves this Court for an order compelling discovery based on the obligations articulated in the general request

**PAGE 1    FIRST MOTION TO COMPEL DISCOVERY**

for discovery and the memorandum in support of this motion filed contemporaneously with this motion.

Dated this 7th day of March, 2011.

/s/ *Stephen R. Sady*
Stephen R. Sady
Chief Deputy Federal Public Defender

/s/ *Steven T. Wax*
Steven T. Wax
Federal Public Defender

/s/ *Ruben Iñiquez*
Ruben Iñiquez
Assistant Federal Public Defender

**PAGE 2    FIRST MOTION TO COMPEL DISCOVERY**