**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Steven T. Wax**
**Federal Public Defender**
steve_wax@fd.org
**Ruben L. Iñiguez**
**Assistant Federal Public Defender**
ruben_iniguez@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 10-475-KI |
| Plaintiff, | UNOPPOSED MOTION TO FILE STATEMENT ON THEORY OF DEFENSE IN SUPPORT OF DISCOVERY MOTIONS AND ACCESS TO CLASSIFIED MATERIAL UNDER SEAL AND EX PARTE |
| v. | |
| **MOHAMED OSMAN MOHAMUD,** | |
| Defendant. | |

      The defendant, through his attorney, Stephen R. Sady, respectfully moves this Court for an order that the defense's statement on theory of defense in support of discovery motions and access

to classified material be filed under seal and *ex parte* in order to preserve Fifth and Sixth Amendment rights. The government, through Assistant United States Attorney Ethan Knight, does not oppose this procedure.

Dated this 6th day of May, 2011.

        */s/ Stephen R. Sady*
Stephen R. Sady
Chief Deputy Federal Public Defender

        */s/ Steven T. Wax*
Steven T. Wax
Federal Public Defender

        */s/ Ruben Iñiguez*
Ruben Iñiguez
Assistant Federal Public Defender