FILED 09 MAY '11 17:33 USDC-ORP

**UNDER SEAL**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-475-KI |
| PLAINTIFF, | ORDER TO SEAL |
| vs. | |
| MOHAMED OSMAN MOHAMUD, | |
| DEFENDANT. | |

This matter having come before the Court on motion of the defendant requesting that the unopposed motion to file motion to file statement on theory of defense in support of discovery motions and access to classified material under seal and ex parte be filed under seal,

IT IS HEREBY ORDERED that the defendant's statement on theory of defense in support of discovery motions and access to classified material shall be filed under seal and *ex parte*.

Dated this 9th day of May, 2011.

/s/ Garr M. King
The Honorable Garr M. King
Judge, U.S. District Court

Submitted by:

/s/ Stephen R. Sady
Stephen R. Sady
Attorney for Defendant

Page 1   ORDER TO SEAL