DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
**ETHAN D. KNIGHT**, OSB #99298
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
ethan.knight@usdoj.gov
**JEFFREY S. SWEET**, OSB #99418
Assistant United States Attorney
405 East 8th Ave., Ste. 2400
Eugene, OR 97401-2708
Telephone:  (541) 465-6771
Facsimile:  (541) 465-6917
jeff.sweet@usdoj.gov
**JOLIE F. ZIMMERMAN**, DCB #465110
Trial Attorney
Counterterrorism Section
National Security Division
United States Department of Justice
    Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 10-cr-475-KI |
| v. | NOTIFICATION TO DEFENDANT OF SUPPLEMENTAL *IN CAMERA, EX PARTE*, UNDER SEAL FILING BY THE UNITED STATES PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT |
| **MOHAMED OSMAN MOHAMUD,** | |
| **Defendant.** | |

The United States hereby notifies defendant that it has, on the 20th day of May 2011, submitted to the Court *in camera*, *ex parte*, and under seal, a Supplemental Classified, *Ex Parte* Motion for an Order Pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA"), and Rule 16(d)(1) of the Federal Rules of Criminal Procedure.

Dated this 20th day of May 2011.

        Respectfully submitted,

        DWIGHT C. HOLTON
        United States Attorney


        */s/ Ethan D. Knight*
        ETHAN D. KNIGHT
        JEFFREY S. SWEET
        Assistant United States Attorneys


        JOLIE F. ZIMMERMAN
        Trial Attorney
        Counterterrorism Section
        National Security Division
        United States Department of Justice