DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
**ETHAN D. KNIGHT**, OSB #99298
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
ethan.knight@usdoj.gov
**JEFFREY S. SWEET**, OSB #99418
Assistant United States Attorney
405 East 8th Ave., Ste. 2400
Eugene, OR 97401-2708
Telephone:  (541) 465-6771
Facsimile:  (541) 465-6917
jeff.sweet@usdoj.gov
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 10-cr-475-KI** |
| **v.** | |
| **MOHAMED OSMAN MOHAMUD,** | **NOTICE OF CORRECTION** |
| **Defendant.** | |

The government respectfully wishes to advise the Court of two items in its Response to

Defendant's First Motion to Compel Discovery and Defendant's Request for Discovery [CR 28]

that need to be corrected.  The first item is an incorrect citation.  The second item is an incorrect

statement about the number of emails defendant sent to a government source.

On page 16 of the Response, the citation to Executive Order No. 13292, Sec. 4.1(a)(3), 68 Fed. Reg. 15315 (Mar. 28, 2003) should be Executive Order No. 13526, Sec. 4.1(a)(3), 75 Fed. Reg. 707 (Jan. 5, 2010), corrected in 75 Fed. Reg. 1013 (Jan. 8, 2010).

On page 20 of the Response, there is a sentence that currently reads: "Defendant, however, on his own continued to contact Smith through August 2010, after the government had ceased contact with him, by forwarding Smith emails, including one that supported violent jihad." (Gov't Resp. at 20.) The sentence should read: "Defendant, however, on his own continued to contact Smith in August 2010, after the government had ceased contact with him, by forwarding Smith an email that supported violent jihad."

Dated this 31st day of May 2011.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney


*/s/ Ethan D. Knight*
ETHAN D. KNIGHT
JEFFREY S. SWEET
Assistant United States Attorneys