**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
**steve_sady@fd.org**
**Steven T. Wax**
**Federal Public Defender**
**steve_wax@fd.org**
**Ruben L. Iñiguez**
**Assistant Federal Public Defender**
**ruben_iniguez@fd.org**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**503-326-2123 Telephone**
**503-326-5524 Facsimile**
**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 10-475-KI |
| Plaintiff, | MOTION TO DISCLOSE FISA-RELATED MATERIAL NECESSARY TO LITIGATE MOTIONS FOR DISCOVERY AND FOR SUPPRESSION OF THE FRUITS OF FISA ACTIVITY |
| v. | |
| **MOHAMED OSMAN MOHAMUD,** | |
| Defendant. | |

The defendant, through his attorneys, respectfully moves this Court for an order compelling disclosure of FISA-related material necessary to litigate motions for discovery and for the

suppression of the fruits of FISA activity on the grounds asserted in the accompanying memorandum.

Respectfully submitted this 22nd day of June, 2011.

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

Steven T. Wax
Federal Public Defender

Ruben Iñiguez
Assistant Federal Public Defender