**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Steven T. Wax**
**Federal Public Defender**
steve_wax@fd.org
**Ruben L. Iñiguez**
**Assistant Federal Public Defender**
ruben_iniguez@fd.org
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**503-326-2123 Telephone**
**503-326-5524 Facsimile**
**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-475-KI |
| Plaintiff, | MOTION TO SUPPRESS THE PRODUCTS OF NON-FISA INTERROGATIONS, SEARCHES, AND SEIZURES |
| v. | |
| MOHAMED OSMAN MOHAMUD, | |
| Defendant. | |

The defendant, through his attorneys, respectfully moves this Court for an order suppressing the products of interrogations, searches, and seizures conducted on November 2, 2009, and thereafter on the grounds that the investigative actions were beyond the scope of any knowing, intelligent, and

voluntary consent and interrogation, and that fruits of any unlawful actions should be ordered suppressed, as set out in the accompanying memorandum.

Dated this 22nd day of June, 2011.

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

Steven T. Wax
Federal Public Defender

Ruben Iñiguez
Assistant Federal Public Defender