UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 10-cr-475-KI |
| v. | |
| **MOHAMED OSMAN MOHAMUD,** | ORDER CONTINUING TRIAL AND AMENDING SCHEDULE |
| Defendant. | |

This matter came before the Court upon the unopposed motion by the government for an order continuing the trial date and amending the pretrial litigation schedule. The Court being fully advised makes the following findings:

1. The parties are engaged in the process of providing additional discovery to one another; and

2. Additional time is necessary for the parties to complete follow-up investigation necessitated by the additional discovery provided.

Based on these findings, the Court grants the requested continuance of trial and finds excludable delay pursuant to 18 U.S.C. § 3161(h)(7)(A). Therefore,

IT IS ORDERED that excludable delay is found to exist from April 10, 2012, to and including May 15, 2012.

IT IS FURTHER ORDERED that the schedule is amended as follows:

Government's Responses to Non-FISA Motions extended to November 16, 2011;

Dispositive Motions extended to November 21, 2011;

Government's Responses to FISA Motions extended to November 30, 2011;

Defendant's Replies to Non-FISA Responses extended to December 1, 2011;

Defendant's Replies to FISA Responses extended to December 12, 2011;

Government's Responses to Dispositive Motions extended to December 12, 2011;

Hearing on Non-FISA and FISA Motions extended to December 19, 2011 at 9:00 a.m.;

Defendant's Replies to Dispositive Responses extended to December 22, 2011;

Hearing on Dispositive Motions extended to January 30, 2012 at 10:00 a.m.;

Pretrial Documents, Motions *in Limine*, and CIPA Motions extended to February 17, 2012;

Responses to Pretrial Documents, Motions *in Limine*, and CIPA Motions extended to March 1, 2012;

Replies to Pretrial Documents, Motions *in Limine*, and CIPA Motions extended to March 14, 2012;

Pretrial Conference extended to May 2, 2012 at 9:00 a.m.; and

Trial extended to May 15, 2012 at 9:00.

Dated this 19th day of September 2011.

/s/ Garr M. King
GARR M. KING
United States District Judge

Presented by:
DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon


/s/ Ethan D. Knight
ETHAN D. KNIGHT, OSB #99298
JEFFREY S. SWEET, OSB #99418
Assistant United States Attorneys

Order Continuing Trial and Amending Schedule                                          Page 2