UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

MOHAMED OSMAN MOHAMUD,

Defendant.

Case No. 10-cr-475-KI

[Proposed] ORDER
AMENDING SCHEDULE

Based on the Unopposed Motion to Amend Schedule filed by the government,

IT IS HEREBY ORDERED that the briefing schedule is amended as follows:

Government's Responses to Non-FISA Motions extended to January 31, 2012;

Dispositive Motions extended to February 7, 2012;

Government's Responses to FISA Motions extended to February 14, 2012;

Defendant's Replies to FISA Responses extended to March 1, 2012;

Government's Responses to Dispositive Motions extended to March 1, 2012;

Defendant's Replies to Dispositive Responses extended to March 7, 2012.

All other dates in the schedule of November 21, 2011, remain the same.

Dated this 12 day of January 2012.

GARR M. KING
United States District Judge

Presented by:
S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

/s/ Ethan D. Knight
ETHAN D. KNIGHT, OSB #99298
JEFFREY S. SWEET, OSB #99418
Assistant United States Attorneys