IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-475-KI |
| Plaintiff, | ORDER AMENDING SCHEDULE AND FINDING EXCLUDABLE DELAY |
| v. | |
| MOHAMED OSMAN MOHAMUD, | |
| Defendant. | |

Based upon the Joint Motion to Amend Schedule filed by defendant and Assistant United States Attorney Ethan Knight,

IT IS HEREBY ORDERED that the pretrial and trial schedule is amended as follows:

The Government's Response to the Non-FISA Motion is extended to February 21, 2012;

The Defendant's Second Motion To Compel Discovery is due February 21, 2012;

The Government's Response to the FISA Motions is extended to February 28, 2012;

The Defendant's Reply to the Non-FISA Response is extended to March 6, 2012;

The Defendant's Reply to the FISA Response extended to March 13, 2012;

The Government's Response to the Motion to Compel is due March 15, 2012;

The Defendant's Reply to the Motion to Compel Response is due March 29, 2012;

PAGE 1   ORDER AMENDING SCHEDULE AND FINDING EXCLUDABLE DELAY

The Hearing of the Non-FISA Motion to Suppress is continued to April 10, 2012; 9:30 A.M.

The Hearing of the FISA Motions is continued to April 17, 2012; 9:30 A.M.

The Hearing on the Second Motion To Compel is set for May 1, 2012; 9:30 A.M.

The Parties' Preliminary Submission On Evidentiary Matters is set for June 26, 2012;

The Hearing on the Preliminary Submission is set for July 10, 2012; 9:30 A.M.

Pre-trial documents date is extended to August 7, 2012;

Pre-trial responses are extended to August 21, 2012;

Pre-trial replies are extended to September 4, 2012;

The Pretrial Conference is extended to September 18, 2012; 9:30 A.M.

Trial is reset to commence on October 2, 2012. 9:00 A.M., Courtroom 9A

Based upon the representations made in this case in the joint motion to amend the schedule and find excludable delay, as well as the findings in this Court's order of January 5, 2011, and upon the request by the defendant through counsel and the United States, the Court finds excludable delay pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(ii). Therefore,

THE COURT FINDS that excludable delay exists from the date of this order to and including October 2, 2012.

Dated this 2nd day of February, 2012.

/s/ Garr M. King
Honorable Garr M. King
United States District Court Judge

Presented by:

/s/ Stephen R. Sady
Stephen R. Sady
Attorney for Defendant

PAGE 2   ORDER AMENDING SCHEDULE AND FINDING EXCLUDABLE DELAY