S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**ETHAN D. KNIGHT**, OSB #99298
**PAMALA R. HOLSINGER**, OSB #89263
Assistant United States Attorneys
ethan.knight@usdoj.gov
pamala.holsinger@usdoj.gov
1000 SW Third, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
**JEFFREY S. SWEET**, OSB #99418
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
Telephone:  (541) 465-6771
Facsimile:  (541) 465-6531
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 10-CR-00475-KI |
| v. | |
| MOHAMED OSMAN MOHAMUD, | NOTICE OF ADDITIONAL COUNSEL FOR THE GOVERNMENT |
| Defendant. | |

/ / /

/ / /

/ / /

Please be advised that Pamala R. Holsinger, Assistant United States Attorney for the District of Oregon, has been added as counsel for the United States in the above-captioned case. Electronic notices should be sent to AUSA Holsinger at pamala.holsinger@usdoj.gov.

Dated this 7th day of February 2012.

                                                                Respectfully submitted,

                                                                S. AMANDA MARSHALL
                                                                United States Attorney

                                                                *s/ Pamala R. Holsinger*
                                                                ETHAN D. KNIGHT, OSB #99298
                                                                PAMALA R. HOLSINGER, OSB #89263
                                                                JEFFREY S. SWEET, OSB #99418
                                                                Assistant United States Attorneys
                                                                (503) 727-1000