S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**ETHAN D. KNIGHT**, OSB #99298
**PAMALA R. HOLSINGER**, OSB #89263
Assistant United States Attorneys
ethan.knight@usdoj.gov
pamala.holsinger@usdoj.gov
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
**JOLIE F. ZIMMERMAN**, DCB #465110
Trial Attorney
Counterterrorism Section
National Security Division
United States Department of Justice
       Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      v.<br><br>MOHAMED OSMAN MOHAMUD,<br><br>      Defendant. | Case No. 10-CR-00475-KI<br><br>NOTIFICATION TO DEFENDANT OF THIRD *IN CAMERA, EX PARTE,* UNDER SEAL FILING BY THE UNITED STATES PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT |

/ / /

/ / /

The United States hereby notifies defendant that it has, on the 21st day of February 2012, submitted to the Court *in camera*, *ex parte*, and under seal, a filing pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA").

Dated this 21st day of February 2012.

    Respectfully submitted,

    S. AMANDA MARSHALL
    United States Attorney

    *s/ Ethan D. Knight*
    ETHAN D. KNIGHT, OSB #99298
    PAMALA R. HOLSINGER, OSB #89263
    Assistant United States Attorneys
    (503) 727-1000

    JOLIE F. ZIMMERMAN
    Trial Attorney
    Counterterrorism Section
    National Security Division
    United States Department of Justice