**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Steven T. Wax**
**Federal Public Defender**
steve_wax@fd.org
**Ellen C. Pitcher**
**Assistant Federal Public Defender**
ellen_pitcher@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 10-475-KI |
| Plaintiff, | SECOND MOTION TO COMPEL DISCOVERY |
| v. | |
| **MOHAMED OSMAN MOHAMUD,** | |
| Defendant. | |

  The defendant, Mohamed Osman Mohamud, through his attorneys, respectfully moves this

Court for an order compelling discovery based on the accompanying memorandum as well as an *ex*

*parte* statement submitted pursuant to the Court's authorization during the June 1 hearing and the Fifth and Sixth Amendments.

    Dated this 21st day of February, 2012.

                                                    */s/ Stephen R. Sady*
                                                    Stephen R. Sady
                                                    Chief Deputy Federal Public Defender

                                                    */s/ Steven T. Wax*
                                                    Steven T. Wax
                                                    Federal Public Defender

                                                    */s/ Ellen C. Pitcher*
                                                    Ellen C. Pitcher
                                                    Assistant Federal Public Defender