IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-475-KI |
| PLAINTIFF, | ORDER TO SEAL |
| vs. | |
| MOHAMED OSMAN MOHAMUD, | |
| DEFENDANT. | |

This matter having come before the Court on motion of the defendant requesting that the unopposed motion to file defendant's second statement in support of discovery motions under seal and *ex parte* be filed under seal,

IT IS HEREBY ORDERED that the defendant's second statement in support of discovery motions shall be filed under seal and *ex parte*.

Dated this 22 day of February, 2012.

_____
The Honorable Garr M. King
Judge, U.S. District Court

Submitted by:

*/s/ Stephen R. Sady*
Stephen R. Sady
Attorney for Defendant

Page 1   ORDER TO SEAL