S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**ETHAN D. KNIGHT**, OSB #99298
Assistant United States Attorney
ethan.knight@usdoj.gov
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
**JOLIE F. ZIMMERMAN**, DCB #465110
Trial Attorney
Counterterrorism Section
National Security Division
United States Department of Justice
    Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 10-CR-00475-KI |
| v. | NOTIFICATION TO DEFENDANT OF FOURTH *IN CAMERA*, *EX PARTE*, UNDER SEAL FILING BY THE UNITED STATES |
| **MOHAMED OSMAN MOHAMUD,** | |
| **Defendant.** | |

_____

/ / /

/ / /

/ / /

The United States hereby notifies the defendant that it has, on the 28th day of February 2012, filed *in camera*, *ex parte*, and under seal with the Court Security Officer, a response titled "Government's Classified Memorandum in Opposition to Defendant's Motion to Disclose FISA-related Material Necessary to Litigate Motions for Discovery and for Suppression of the Fruits of FISA Activity."

Dated this 28th day of February 2012.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

*s/ Ethan D. Knight*
ETHAN D. KNIGHT, OSB #99298
Assistant United States Attorney
(503) 727-1000

JOLIE F. ZIMMERMAN
Trial Attorney
Counterterrorism Section
National Security Division
United States Department of Justice