## DRAFT INVESTIGATION REPORT

| | |
|---|---|
| **CASE:** | **MOHAMED OSMAN MOHAMUD** <br> **CR 10-475-KI** |
| **WITNESS** | **ROSIE SIZER** |
| **ATTORNEY:** | **STEPHEN R. SADY** <br> **STEVEN T. WAX** |
| **INVESTIGATOR:** | **CYNTHIA HAMILTON** |
| **DATE:** | **MARCH 23, 2012** |

On March 23, 2012, Steve Sady and I spoke by telephone to Rosie Sizer. She was aware that Mr. Sady represented Mr. Mohamud.

Ms. Sizer was the chief of police for the city of Portland, Oregon, between April 2006, when she became interim chief, and May 2010, when she was terminated from that position by the mayor.

Ms. Sizer stated that, when she became chief, the city of Portland had already discontinued its participation in the Joint Terrorism Task Force. She remembered that there was continuing interest by federal officials in Portland to once again participate in the JTTF.

I asked Ms. Sizer whether any federal officer had approached her regarding taking steps to return to the JTTF. She remembered that Special Agent in Charge Dave Miller spoke to her informally on the subject and, after his tenure, Special Agent in Charge Art Balizan expressed interest in Portland rejoining the JTTF.

She indicated to both of them that she did not think the city was going to change its position and that they should feel free to speak to the mayor on the subject. Ms. Sizer did not remember any other specific approaches to her regarding the JTTF and did not remember the dates when the conversations with the special agents occurred.

Attachment A