FILED 30 MAR '12 10:59 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>vs.<br><br>MOHAMED OSMAN MOHAMUD,<br><br>        DEFENDANT. | No. 10-475-KI<br><br>ORDER TO WITHDRAW REPLY<br>AND SUBSTITUTE CORRECTED<br>REPLY |

This matter having come before the Court on motion of the defendant requesting that the defendant's Reply to Government's Response to Defendant's Second Motion to Compel Discovery (CR 95) be withdrawn and the corrected reply be substituted,

IT IS HEREBY ORDERED that the defendant's Reply to Government's Response to Defendant's Second Motion to Compel Discovery be withdrawn and the corrected reply be substituted.

Dated this 30th day of March, 2012.

_____
The Honorable Garr M. King
Judge, U.S. District Court

Submitted by:

/s/ Stephen R. Sady
Stephen R. Sady
Attorney for Defendant

Page 1   ORDER TO WITHDRAW REPLY AND SUBSTITUTE CORRECTED REPLY