**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Steven T. Wax**
**Federal Public Defender**
steve_wax@fd.org
**Ellen C. Pitcher**
**Assistant Federal Public Defender**
ellen_pitcher@fd.org
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**503-326-2123 Telephone**
**503-326-5524 Facsimile**

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:10-cr-00475-KI-1 |
| Plaintiff, | MOTION TO RESCHEDULE ORDER OF HEARINGS |
| v. | |
| **MOHAMED OSMAN MOHAMUD,** | |
| Defendant. | |

The defendant, Mohamed Osman Mohamud, through his attorneys, hereby moves this Court for an order rearranging the current schedule of hearings. The current schedule calls for a hearing on non-FISA motion to suppress on April 10, 2012, hearing of FISA motions on April 17, 2012, and hearing on the second motion to compel discovery on May 1, 2012. Based on the change in the

scope of the hearing on the non-FISA motion and the need for additional discovery on suppression issues, Mr. Mohamud believes that a change in the sequence of the hearings will allow for more thorough, logical, and complete litigation on the suppression issues. The defense requests that the Court schedule the hearing on the second motion to compel discovery for April 10, 2012, the hearing on FISA motion to suppress on April 17, 2012, and the hearing on non-FISA motions to suppress on May 1, 2012.

Assistant United States Attorney Ethan Knight has been consulted about this and advised that the government has not yet decided what position it will take.

Respectfully submitted this 2nd day of April, 2012.

    /s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

    /s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

    /s/ Ellen C. Pitcher
Ellen C. Pitcher
Assistant Federal Public Defender