**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Steven T. Wax**
**Federal Public Defender**
steve_wax@fd.org
**Ellen C. Pitcher**
**Assistant Federal Public Defender**
ellen_pitcher@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:10-cr-00475-KI-1 |
| Plaintiff, | UNOPPOSED MOTION TO FILE SECOND SUPPLEMENT TO SUPPRESSION AND DISCOVERY MOTIONS UNDER SEAL |
| v. | |
| MOHAMED OSMAN MOHAMUD, | |
| Defendant. | |

The defendant, through his attorney, Stephen R. Sady, respectfully moves this Court for an order that the Second Supplement to Suppression and Discovery Motions be filed under seal. The government, through Assistant United States Attorney Ryan Bounds, does not oppose this motion.

**PAGE 1    UNOPPOSED MOTION TO FILE SECOND SUPPLEMENT TO SUPPRESSION AND DISCOVERY MOTIONS UNDER SEAL**

Dated this 18th day of September, 2012.

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Ellen C. Pitcher
Ellen C. Pitcher
Assistant Federal Public Defender