## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

UNITED STATES OF AMERICA,                    Case No. 3:10-cr-00475-KI-1

          **PLAINTIFF,**            **ORDER TO SEAL**

    vs.

MOHAMED OSMAN MOHAMUD,

          **DEFENDANT.**

This matter having come before the Court on motion of the defendant requesting that the

Defendant's Second Supplement to Motion for CIPA Rulings and Disclosures be filed under seal,

IT IS HEREBY ORDERED that the Defendant's Second Supplement to Motion for CIPA

Rulings and Disclosures shall be filed under seal.

Dated this 21st day of September, 2012.

_____
The Honorable Garr M. King
Judge, U.S. District Court

Submitted by:

/s/ Stephen R. Sady
Stephen R. Sady
Attorney for Defendant