S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**ETHAN D. KNIGHT**, OSB #99298
**PAMALA R. HOLSINGER**, OSB #89263
Assistant United States Attorneys
ethan.knight@usdoj.gov
pamala.holsinger@usdoj.gov
1000 SW Third, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:10-CR-00475-KI |
| v. | |
| MOHAMED OSMAN MOHAMUD, | GOVERNMENT'S WITNESS LIST |
| **Defendant.** | |

      The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and through Ethan D. Knight and Pamala R. Holsinger, Assistant United States Attorneys, hereby submits the following list of witnesses it may call in its case-in-chief. The government respectfully reserves the right to call additional witnesses as may become necessary during the course of trial.

1. FBI Special Agent (SA) Ryan Dwyer

2. Retired FBI Supervisory SA Nancy Savage

3. Former FBI SA Chris Henderson

4. FBI SA Elvis Chan

5. FBI SA Miltiadis Trousas

6. FBI Forensic Examiner Jeremy Springer

7. FBI SA Mario Galindo

8. Retired FBI SA Brad Petrie

9. FBI SA Michael Burdick

10. FBI SA John Hallock

11. FBI ELSUR Operations Technician Jann Valencia

12. FBI SA Isaac DeLong

13. FBI SA William Soule

14. FBI SA Daniel McLaughlin

15. FBI SA Shelley Ulsenheimer

16. FBI SA W. Monty Waldron

17. FBI SA Mark McBryde

18. FBI SA Kenneth Jameson

19. FBI SA Jessica Anderson

20. FBI SA Jason Dodd

21. FBI Undercover Employee 1

22. FBI Undercover Employee 2

23. FBI Supervisory SA Nicholas Johnson

24. OSP Sergeant Kevin DelGrande

25. Osman Barre

26. Raed Abdelli

27. Elyssa Ridinger

28. Luis Martinez

29. Evan Kohlmann

Dated this 23rd day of October 2012.

    Respectfully submitted,

    S. AMANDA MARSHALL
    United States Attorney


    *s/ Ethan D. Knight*
    ETHAN D. KNIGHT, OSB #99298
    PAMALA R. HOLSINGER, OSB #89263
    Assistant United States Attorneys
    (503) 727-1000