IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:10-cr-00475-KI-1 |
| PLAINTIFF, | ORDER TO SEAL |
| vs. | |
| MOHAMED OSMAN MOHAMUD, | |
| DEFENDANT. | |

This matter having come before the Court on motion of the defendant requesting that the defendant's Response to Government's Motion In Limine, be filed under seal,

IT IS HEREBY ORDERED that the defendant's Response to Government's Motion In Limine, shall be filed under seal.

Dated this 7th day of November, 2012.

Garr M. King
United States District Judge

Submitted by:

/s/ Stephen R. Sady
Stephen R. Sady
Attorney for Defendant

Page 1   ORDER TO SEAL