IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:10-cr-00475-KI-1 |
| PLAINTIFF, | ORDER TO SEAL |
| vs. | |
| MOHAMED OSMAN MOHAMUD, | |
| DEFENDANT. | |

This matter having come before the Court on motion of the defendant requesting that the defendant's Motion to file Fourth Supplement to Suppression and Discovery Motions, be filed under seal,

IT IS HEREBY ORDERED that the defendant's Motion to file Fourth Supplement to Suppression and Discovery Motions, shall be filed under seal.

Dated this 7/15 day of November, 2012.

Garr M. King
United States District Judge

Submitted by:

/s/ Stephen R. Sady
Stephen R. Sady
Attorney for Defendant

Page 1   ORDER TO SEAL