# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff(s)

    v.

MOHAMED OSMAN MOHAMUD,

    Defendant(s).

Case No. 3:10-CR-00475-KI

**EXHIBIT AND WITNESS LIST**

| | |
|---|---|
| Date(s) of Hearing/Trial | 11/28/2012, 11/29/2012, 11/30/2012 |
| Court Reporter(s) | Nancy Walker |
| Deputy Clerk(s) | Pamela Cooney |

| Attorney(s) for Plaintiff/Government | Attorney(s) for Defendant |
|---|---|
| Ethan Knight<br>Pamala Holsinger | Steve Sady<br>Steve Wax |

| Ptf | | | Def | | | Date Called by | WITNESS / EXHIBIT DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | | | | 11/28/12 | Evan F. Kohlmann (9:42) | Pltf. |
| | | | | | | 11/29/12 | Vitaly Moghaddan (9:05) | Def. |
| | | | | | | 11/29/12 | Elizabeth Cauffman (1:37) | Def. |
| | | | | | | 11/30/12 | Mark S. Sageman (8:40) | Def. |
| | | | | | | | | |
| | | | | | | | | |
| 1 | X | X | | | | 11/28/12 | Evan Kohlmann Resume | Pltf. |
| 2 | X | X | | | | 11/28/12 | Expert Report I: US v. Mohamud (Aug. 2012) | Pltf. |
| | | | | | | | | |
| | | | 101 | X | X | 11/28/12 | Annals Article | Def. |

# EXHIBIT AND WITNESS LIST
## (Continued)

pg.   2

| Case No. * | | | | | | Title * | | |
|---|---|---|---|---|---|---|---|---|
| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | 102 | X | X | 11/28/12 | Annals Article | Def. |
| | | | 103 | X | X | 11/29/12 | Resume of Dr. Moghaddan | Def. |
| | | | 104 | X | X | 11/29/12 | Resume of Dr. Cauffman | Def. |
| | | | 105 | X | X | 11/29/12 | Resume of Dr. Sageman | Def. |
| | | | | | | | | |
| | | | | | | | | |

R=Received; N=Not Received; W=Withdrawn/Not Offered     (Cr 10-475.Exh.Wit.List.11.28.12.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. __3__

| Case No. * | | | Title * | | | | | |
|---|---|---|---|---|---|---|---|---|
| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |