UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:10-CR-00475-KI |
| v. | |
| MOHAMED OSMAN MOHAMUD, | ▬▬▬ PROTECTIVE ORDER PERTAINING TO THE TESTIMONY OF UNDERCOVER EMPLOYEES |
| Defendant. | AT TRIAL |

Upon motion of the United States, the Court being advised as to the nature of this case and having considered the position of the parties including any objections, it is hereby

**ORDERED** that, the following procedures will be utilized to protect the true identities of the undercover Federal Bureau of Investigation employees (UCEs) at trial:

1. The UCEs may testify under the UCEs' undercover pseudonyms when testifying at trial, without disclosing publicly the true identities of the UCEs;

2. The defense is prohibited from asking any questions seeking personal identifying information from the UCEs;

3. The UCEs may testify using a light disguise, such as changing the UCEs' facial hair, hairstyle, or dress style;

4. When the UCEs testify, only the Court, essential personnel, the jury, defendant and his counsel, and the government's trial team shall be present in the courtroom. The government shall provide a contemporaneous CCTV video or similar broadcast of the courtroom proceeding, without the visual images of the UCEs, while the UCEs are testifying, which shall be made available for public viewing in an adjacent courtroom;

5. The government be allowed to digitally obscure the facial images of the UCEs on any recorded video footage played over the CCTV feed during court proceedings (no such measures are required for any video shown or offered by the government as an exhibit at trial and viewed by defendant, his counsel, the Court, the jury, and other essential court personnel);

6. No public disclosure of any audio recording, or similar reproduction of the voices or visual images of the UCEs while testifying, shall be permitted;

7. The UCEs be permitted to use a non-public entrance/exit to the courthouse and the courtroom;

8. All non-official recording devices are prohibited from being in the courtroom in which the UCEs testify as well as the courtroom in which the CCTV feed is shown during the UCEs' testimony;

9. All unpixelated video or photographs showing the true facial images of the UCEs provided to defendant pursuant to the Protective Order for use as trial evidence shall be returned to the government at the conclusion of this case. Defendant shall retain no copies of any

///

**Protective Order Pertaining to the Testimony of Undercover Employees at Trial      Page 2**

discovery material provided by the government that shows the true facial images or identities of the UCEs; and

10. This Protective Order may only be modified through a written superseding order issued by this Court.

Dated this 19th day of ~~October~~ December 2012.

GARR M. KING
United States District Judge

Presented by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

*s/ Pamala R. Holsinger*
ETHAN D. KNIGHT, OSB #99298
PAMALA R. HOLSINGER OSB #89263
Assistant United States Attorneys
(503) 727-1000