**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Steven T. Wax**
**Federal Public Defender**
steve_wax@fd.org
**Lisa Hay**
**Assistant Federal Public Defender**
lisa_hay@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
503-326-2123 Telephone
503-326-5524 Facsimile

**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:10-cr-00475-KI |
| Plaintiff, | MOTION FOR FULL DISCOVERY REGARDING THE FACTS AND CIRCUMSTANCES UNDERLYING SURVEILLANCE |
| v. | |
| MOHAMED OSMAN MOHAMUD, | |
| Defendant. | |

PAGE 1    MOTION FOR FULL DISCOVERY REGARDING THE FACTS AND CIRCUMSTANCES UNDERLYING SURVEILLANCE

The defendant, Mohamed Osman Mohamud, through his attorneys, respectfully moves this Court for an order requiring full discovery regarding the facts and circumstances underlying surveillance as elaborated in the supporting memorandum filed contemporaneously with this motion.

Dated this 13th day of January, 2014.

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lisa Hay
Lisa Hay
Assistant Federal Public Defender