**Stephen R. Sady**
**Chief Deputy Federal Public Defender**
steve_sady@fd.org
**Steven T. Wax**
**Federal Public Defender**
steve_wax@fd.org
**Lisa Hay**
**Assistant Federal Public Defender**
lisa_hay@fd.org
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon  97204**
**503-326-2123 Telephone**
**503-326-5524 Facsimile**

**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:10-cr-00475-KI |
| Plaintiff, | MOTION FOR VACATION OF CONVICTION AND ALTERNATIVE REMEDIES OF DISMISSAL OF THE INDICTMENT, SUPPRESSION OF EVIDENCE, AND NEW TRIAL FOR THE GOVERNMENT'S VIOLATION OF THE PRETRIAL NOTICE STATUTE |
| v. | |
| **MOHAMED OSMAN MOHAMUD,** | |
| Defendant. | |

The defendant, Mohamed Osman Mohamud, through his attorneys, respectfully moves this Court for vacation of conviction and alternative remedies of dismissal of the indictment, suppression of evidence, and new trial for the government's violation of the pretrial notice statute. This motion

Page 1   MOTION FOR VACATION OF CONVICTION AND ALTERNATIVE REMEDIES OF DISMISSAL OF THE INDICTMENT, SUPPRESSION OF EVIDENCE, AND NEW TRIAL FOR THE GOVERNMENT'S VIOLATION OF THE PRETRIAL NOTICE STATUTE

is based on the record in this case and the supporting memorandum filed contemporaneously with this motion.

Dated this 4th day of April, 2014.

          */s/ Stephen R. Sady*
Stephen R. Sady
Chief Deputy Federal Public Defender

          */s/ Steven T. Wax*
Steven T. Wax
Federal Public Defender

          */s/ Lisa Hay*
Lisa Hay
Assistant Federal Public Defender

Mark Ahlemeyer
Research & Writing Attorney