**S. AMANDA MARSHALL**, OSB #95347
United States Attorney
District of Oregon
**ETHAN D. KNIGHT**, OSB #99298
**PAMALA R. HOLSINGER**, OSB #89263
Assistant United States Attorneys
ethan.knight@usdoj.gov
pamala.holsinger@usdoj.gov
1000 SW Third, Suite 600
Portland, OR 97204-2902
Telephone:   (503) 727-1000
Facsimile:   (503) 727-1117
**JOHN P. CARLIN**
Assistant Attorney General
for National Security
**GEORGE Z. TOSCAS**
**J. BRADFORD WIEGMANN**
**TASHINA GAUHAR**
Deputy Assistant Attorneys General
National Security Division
**JOLIE F. ZIMMERMAN**, DCB #465110
Trial Attorney
Counterterrorism Section
National Security Division
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 3:10-CR-00475-KI** |
| **v.** | **TABLE OF AUTHORITIES TO GOVERNMENT'S UNCLASSIFIED RESPONSE TO DEFENDANT'S ALTERNATIVE MOTION FOR SUPPRESSION OF EVIDENCE AND A NEW TRIAL** |
| **MOHAMED OSMAN MOHAMUD,** | |
| **Defendant.** | |

The United States hereby submits the attached Table of Authorities to supplement its

Unclassified Response to Defendant's Alternative Motion for Suppression of Evidence and a New

Trial (ECF No. 509).

      Dated this 7th day of May 2014.

                                        Respectfully submitted,

                                        S. AMANDA MARSHALL
                                        United States Attorney

                                        *s/ Ethan D. Knight*
                                        ETHAN D. KNIGHT, OSB #99298
                                        PAMALA R. HOLSINGER, OSB #89263
                                        Assistant United States Attorneys

                                        JOHN P. CARLIN
                                        Assistant Attorney General
                                        for National Security

                                        GEORGE Z. TOSCAS
                                        J. BRADFORD WIEGMANN
                                        TASHINA GAUHAR
                                        Deputy Assistant Attorneys General
                                        National Security Division

                                        JOLIE F. ZIMMERMAN, DCB #465110
                                        Trial Attorney
                                        Counterterrorism Section
                                        National Security Division
                                        United States Department of Justice

# TABLE OF AUTHORITIES

## Cases

*[Caption Redacted]*, 2011 WL 10945618 (FISA Ct. Oct. 3, 2011) ........................................ passim

*Abell v. Raines*, 640 F.2d 1085 (9th Cir. 1981) ............................................................... 69

*ACLU Found. of S. Cal. v. Barr*, 952 F.2d 457 (D.C. Cir. 1991) ..................................... 70

*Amnesty Int'l USA v. Clapper*, 667 F.3d 163 (2d Cir. 2011) ............................................ 49

*Boroian v. Mueller*, 616 F.3d 60 (1st Cir. 2010) ............................................................. 55

*Branzburg v. Hayes*, 408 U.S. 665 (1972) ....................................................................... 58

*C.I.A. v. Sims*, 471 U.S. 159 (1985) ............................................................................... 84

*Camara v. Municipal Ct.*, 387 U.S. 523 (1967) ............................................................... 69

*Cassidy v. Chertoff*, 471 F.3d 67 (2d Cir. 2006) ........................................................ 37, 45

*Chicago & S. Airlines, Inc. v. Waterman S.S. Corp.*, 333 U.S. 103 (1948) ..................... 84

*City of Indianapolis v. Edmond*, 531 U.S. 32 (2000) ...................................................... 33

*Clapper v. Amnesty Int'l USA*, 133 S. Ct. 1138 (2013) ............................................. passim

*Couch v. United States*, 409 U.S. 322 (1973) ................................................................. 47

*Davis v. United States*, 131 S. Ct. 2419 (2011) ........................................................ 72, 73

*Ferguson v. City of Charleston*, 532 U.S. 67 (2001) ....................................................... 33

*Franks v. Delaware*, 438 U.S. 154 (1978) ............................................................. 6, 87-88

*Griffin v. Wisconsin*, 483 U.S. 868 (1987) ..................................................................... 33

*Guest v. Leis*, 255 F.3d 325 (6th Cir. 2001) ................................................................... 48

*Haig v. Agee*, 453 U.S. 280 (1981) ................................................................................ 45

*Halperin v. Kissinger*, 606 F.2d 1192 (D.C. Cir. 1979) ................................................. 68

*Haskell v. Harris*, No. 10-15152, 2014 WL 1063399 (9th Cir. Mar. 20, 2014) .............. 56

*Herring v. United States*, 555 U.S. 135 (2009) ............................................................... 73

*Hoffa v. United States*, 385 U.S. 293 (1966) ................................................................. 47

*Holder v. Humanitarian Law Project*, 130 S. Ct. 2705 (2010) ....................................... 45

*Illinois v. Krull*, 480 U.S. 340 (1987) ....................................................................... 72-73

*In re Directives Pursuant to Section 105B of the Foreign Intelligence Surveillance Act*,
   551 F.3d 1004 (FISA Ct. Rev. 2008) .................................................................... passim

*In re Grand Jury Proceedings of Special April 2002 Grand Jury*,
   347 F.3d 197 (7th Cir. 2003) ........................................................................... 81, 85

*In re Sealed Case*, 310 F.3d 717 (FISA Ct. Rev. 2002) ............................................. passim

*In re Terrorist Bombings of U.S. Embassies*, 552 F.3d 157 (2d Cir. 2008) ............ 30, 40, 45

*Jabara v. Kelley*, 476 F. Supp. 561 (E.D. Mich. 1979) .................................................. 70

*Jabara v. Webster*, 691 F.2d 272 (6th Cir. 1982) ........................................................... 56

*Johnson v. Quander*, 440 F.3d 489 (D.C. Cir. 2006) ..................................................... 55

*Katz v. United States*, 389 U.S. 347 (1967) ................................................................... 32

*Laird v. Tatum*, 408 U.S. 1 (1972) ................................................................................ 72

*MacWade v. Kelly*, 460 F.3d 260 (2d Cir. 2006) ........................................................... 35

*Maryland v. King*, 133 S. Ct. 1958 (2013) ............................................................... passim

*Matter of Kevork*, 634 F. Supp. 1002 (C.D. Cal. 1985) .................................................. 65

*Mistretta v. United States*, 488 U.S. 361 (1989) ................................................. 65, 66, 67

*Morrison v. Olson*, 487 U.S. 654 (1988) ....................................................................... 65

*Nat'l Treas. Employees Union v. Von Raab*, 489 U.S. 656 (1989) ............................ 25, 39, 42

*New Jersey v. T.L.O.*, 469 U.S. 325 (1985) ...................................................... 25, 34, 41

*O'Connor v. Ortega*, 480 U.S. 709 (1987) .............................................................. 39

*Pennsylvania v. Mimms*, 434 U.S. 106 (1977)......................................................... 25

*Redd v. City of Enterprise*, 140 F.3d 1378 (11th Cir. 1998)....................................... 70

*Reporters Comm. for Freedom of the Press v. AT&T*, 593 F.2d 1030 (D.C. Cir. 1978)............ 70

*Samson v. California*, 547 U.S. 843 (2006)................................................. 33, 42, 43

*Skinner v. Railway Labor Executives' Ass'n*, 489 U.S. 602 (1989)............................. 39, 42

*Terry v. Ohio*, 392 U.S. 1 (1968) ........................................................................ 25

*United States v. Abu-Jihaad*, 531 F. Supp. 2d 299 (D. Conn. 2008),
    *aff'd* 630 F.3d 102 (2d Cir. 2010) ........................................................... 90

*United States v. Abu-Jihaad*, 630 F.3d 102 (2d Cir. 2010)....................................... 40, 81, 82, 85

*United States v. Aguilar*, 883 F.2d 662 (9th Cir. 1989).............................................. 69

*United States v. Badia*, 827 F.2d 1458 (11th Cir. 1987).............................................. 81

*United States v. Barona*, 56 F.3d 1087 (9th Cir. 1995) ............................................... 30

*United States v. Belfield*, 692 F.2d 141 (D.C. Cir. 1982) ............................ 61, 63, 81, 85-86, 89

*United States v. Bin Laden*, 126 F. Supp. 2d 264 (S.D.N.Y. 2000)................................ 29, 30, 39

*United States v. Brewer*, 204 Fed. App'x 205 (4th Cir. 2006) ....................................... 74

*United States v. Brown*, 484 F.2d 418 (5th Cir. 1973)........................................... 34, 36

*United States v. Buck*, 548 F.2d 871 (9th Cir. 1977) ................................................. 34

*United States v. Butenko*, 494 F.2d 593 (3d Cir. 1974) ....................................... 29, 34, 36

*United States v. Colkley*, 899 F.2d 297 (4th Cir. 1990)............................................. 88

*United States v. Damrah*, 412 F.3d 618 (6th Cir. 2005)............................................. 81

*United States v. Daoud*, No. 12-cr-723, 2014 WL 321384 (N.D. Ill. Jan. 29, 2014) ................. 82

*United States v. De Bright*, 730 F.2d 1255 (9th Cir. 1984) .......................................... 28

*United States v. Diaz-Castaneda*, 494 F.3d 1146 (9th Cir. 2007) ................................... 55

*United States v. Duggan*, 743 F.2d 59 (2d Cir. 1984) ....................................... 81, 85, 88

*United States v. Duka*, 671 F.3d 329 (3d Cir. 2011)....................................... 34, 40, 45, 73

*United States v. El-Mezain*, 664 F.3d 467 (5th Cir. 2011)................................ 81, 82, 85

*United States v. Figueroa*, 757 F.2d 466 (2d Cir. 1985) ........................................... 28

*United States v. Flores-Montano*, 541 U.S. 149 (2004) ...................................... 32, 49

*United States v. Glover*, 736 F.3d 509 (D.C. Cir. 2013)............................................ 74

*United States v. Goffer*, 721 F.3d 113 (2d Cir. 2013)............................................... 59

*United States v. Hassoun*, No. 04-CR-60001, 2007 WL 1068127 (S.D. Fla. Apr. 4, 2007) ........ 90

*United States v. Heckencamp*, 482 F.3d 1142 (9th Cir. 2007)....................................... 48

*United States v. Jeffus*, 22 F.3d 554 (4th Cir. 1994)................................................. 88

*United States v. Kahn*, 415 U.S. 143 (1974)........................................................... 28

*United States v. Kashmiri*, No. 09-CR-830-4, 2010 WL 4705159
    (N.D. Ill. Nov. 10, 2010)......................................................................... 88, 89

*United States v. King*, 517 F.2d 350 (5th Cir. 1975) ............................................... 49

*United States v. King*, 55 F.3d 1193 (6th Cir. 1995) ............................................... 48

*United States v. Knights*, 534 U.S. 112 (2001) .............................................. 32, 41

*United States v. Leon*, 468 U.S. 897 (1984)................................................... 72, 73

*United States v. Lifshitz*, 369 F.3d 173 (2d Cir. 2004)............................................. 48

*United States v. Malekzadeh*, 855 F.2d 1492 (11th Cir. 1988)....................................... 74

*United States v. Martin*, 599 F.2d 880 (9th Cir. 1979) ............................................ 28

*United States v. Martinez-Fuerte*, 428 U.S. 543 (1976) ............................................ 33

*United States v. Marzook*, 435 F. Supp. 2d 778 (N.D. Ill. 2006)..................................... 73

*United States v. Mayer*, 503 F.3d 740 (9th Cir. 2007)................................................ 70

*United States v. Miller*, 425 U.S. 435 (1976)..................................................... 47

*United States v. Montoya de Hernandez*, 473 U.S. 531 (1985) .......................... 49

*United States v. Moore*, 41 F.3d 370 (8th Cir. 1994).............................................. 74

*United States v. Mubayyid*, 521 F. Supp. 2d 125 (D. Mass. 2007)...................... 73, 88, 90

*United States v. Ning Wen*, 477 F.3d 896 (7th Cir. 2007) ................................... 72, 87

*United States v. Ott*, 827 F.2d 473 (9th Cir. 1987).................................................. 83, 87

*United States v. Posey*, 864 F.2d 1487 (9th Cir. 1989)............................................ 4

*United States v. Ramsey*, 431 U.S. 606 (1977) ......................................................... 49, 71

*United States v. Rice*, 478 F.3d 704 (6th Cir. 2007) ................................................ 74

*United States v. Rosen*, 447 F. Supp. 2d 538 (E.D. Va. 2006) .............................. 81, 82

*United States v. Seljan*, 547 F.3d 993 (9th Cir. 2008) ........................................... 49, 50

*United States v. Solomonyan*, 451 F. Supp. 2d 626 (S.D.N.Y. 2006)...................... 74

*United States v. Squillacote*, 221 F.3d 542 (4th Cir. 2000) .................................... 81

*United States v. Stokes*, 726 F.3d 880 (7th Cir. 2013)............................................ 30

*United States v. Tortorello*, 480 F.2d 764 (2d Cir. 1973)....................................... 68

*United States v. Truong*, 629 F.2d 908 (4th Cir. 1980) ......................... 34, 36, 38, 40

*United States v. United States Dist. Court*, 444 F.2d 651 (6th Cir. 1971)................ 8

*United States v. United States Dist. Court (Keith)*, 407 U.S. 297 (1972)................. 36

*United States v. Verdugo-Urquidez*, 494 U.S. 259 (1990)..................... 27, 31, 39, 49

*United States v. Warshak*, 631 F.3d 266 (6th Cir. 2010)....................................... 48

*United States v. White*, 401 U.S. 745 (1971) ........................................................ 28, 47

*United States v. Williams*, 553 U.S. 285 (2008) ................................................... 71

*United States v. Yonn*, 702 F.2d 1341 (11th Cir. 1983)......................................... 32

*United States v. Yunis*, 867 F.2d 617 (D.C. Cir. 1989)........................................... 84

*Vernonia School Dist. 47J v. Acton*, 515 U.S. 646 (1995) .................................. 32, 33

*Washington State Grange v. Washington State Republican Party*, 552 U.S. 442 (2008) ........... 28

*Whitman v. Am. Trucking Ass'ns*, 531 U.S. 457 (2001) ....................................... 67

*Youngstown Sheet & Tube Co. v. Sawyer*, 343 U.S. 579 (1952) ........................ 36, 64

*Zurcher v. Stanford Daily*, 436 U.S. 547 (1978) .................................................. 70

*Zweibon v. Mitchell*, 516 F.2d 594 (D.C. Cir. 1975) .......................................... 34, 35

**Statutes**

18 U.S.C. § 2332a(a)(2)(A) ...................................................................................... 7

18 U.S.C. § 2517(5) .................................................................................................. 59

50 U.S.C. §§ 1801-1812 and 1821-1829 ................................................................. 7

50 U.S.C. § 1801(e) .............................................................................................. 18, 22

50 U.S.C. § 1801(f) ........................................................................................... 9-10, 13

50 U.S.C. § 1801(h) ......................................................... 9, 18, 21, 22, 52, 67, 75

50 U.S.C. § 1801(i) ................................................................................................. 10

50 U.S.C. § 1801(k) ................................................................................................ 23

50 U.S.C. § 1802(a) ................................................................................................ 21

50 U.S.C. § 1803(a) ................................................................................................. 9

50 U.S.C. § 1803(b) ............................................................................................... 16

50 U.S.C. § 1804(a) ................................................................................................. 9

50 U.S.C. § 1805 ..................................................................................................... 9
50 U.S.C. § 1805(a) ............................................................................................... 9
50 U.S.C. § 1805(c) ............................................................................................... 9
50 U.S.C. § 1805b(a) ............................................................................................ 15
50 U.S.C. § 1805b(h) ............................................................................................ 16
50 U.S.C. § 1806(c) ...................................................................................... 1, 7, 23
50 U.S.C. § 1806(e) .............................................................................................. 24
50 U.S.C. § 1806(f) ............................................................................ 2, 3, 5, 24, 80, 81
50 U.S.C. § 1809(a) ............................................................................................... 9
50 U.S.C. § 1821(2) ............................................................................................. 23
50 U.S.C. § 1821(4) ............................................................................. 18, 21, 22, 75
50 U.S.C. § 1822(a) ............................................................................................. 21
50 U.S.C. § 1825(d) ....................................................................................... 7, 23
50 U.S.C. § 1825(g) ......................................................................................... 3, 24
50 U.S.C. § 1861 ................................................................................................. 90
50 U.S.C. § 1881(a) ............................................................................................. 18
50 U.S.C. § 1881a .......................................................................................... 2, 16
50 U.S.C. § 1881a(a) ...................................................................... 17, 18, 51, 17
50 U.S.C. § 1881a(b) ...................................................................... 17, 20, 44, 52
50 U.S.C. § 1881a(c) .............................................................................. 17, 18, 20
50 U.S.C. § 1881a(d) ...................................................................... 17, 18, 20, 51, 61, 75
50 U.S.C. § 1881a(e) .................................................................. 17, 18, 20, 21, 61, 75
50 U.S.C. § 1881a(f) ............................................................................................ 20
50 U.S.C. § 1881a(g) ...................................................................... 17, 18, 19, 51, 59
50 U.S.C. § 1881a(h) ...................................................................................... 20, 24
50 U.S.C. § 1881a(i) ................................................... 18, 19, 20, 21, 44, 51, 52, 61
50 U.S.C. § 1881a(*l*) .......................................................................... 22, 28, 54, 60
50 U.S.C. § 1881b .............................................................................................. 16
50 U.S.C. § 1881c .............................................................................................. 16
50 U.S.C. § 1881e(a) ..................................................................... 1, 2, 3, 23, 80
50 U.S.C. § 1881f(a) ..................................................................................... 22, 60
50 U.S.C. § 1881f(b) ..................................................................................... 22, 60

FISA Amendments Act of 2008 ("FAA"), Pub. L. No. 110-261,
    122 Stat. 2436 (2008) ................................................................................... 16
FISA Amendments Act Reauthorization Act of 2012, Pub. L. No. 112-238,
    126 Stat. 1631 (2012) ................................................................................... 16
Protect America Act of 2007 ("PAA"), Pub. L. 110-55, 121 Stat. 552 (2007) ............... 15

## Other Authorities

*Electronic Surveillance within the United States for Foreign Intelligence Purposes:*
    *Hearings before the Subcomm. on Intel. and the Rights of Americans of the S. Select*
    *Comm. on Intel.*, 94th Cong. (1976) ................................................................. 11

*FISA for the 21st Century:  Hearing before the S. Comm. on the Judiciary*,
     109th Cong. (2006) (statement of then-NSA Director General Michael V. Hayden) ............. 14
*Foreign Intelligence Surveillance Act:  Hearing before the Subcomm. on Crim. Laws and
     Procedures of the S. Judiciary Comm.*, 94th Cong. (1976) ..................................................... 12
*Foreign Intelligence Surveillance Act:  Hearings before the Subcomm. on Courts, Civil
     Liberties, and the Admin. of Justice of the H. Comm. on the Judiciary*, 94th Cong.
     (1976)........................................................................................................................................ 11
*Modernization of the Foreign Intelligence Surveillance Act:  Hearing before the H.
     Permanent Select Comm. on Intel.,* 109th Cong. (2006) ......................................................... 12
*Modernization of the Foreign Intelligence Surveillance Act:  Hearing before the S. Select
     Comm. on Intel.*, 110th Cong. (2007) ...............................................................................13-14, 15
*Warrantless Surveillance and The Foreign Intelligence Surveillance Act: The Role of
     Checks and Balances in Protecting Americans' Privacy Rights (Part II) Hearing
     before the H. Judiciary Comm.*, 110th Cong. (2007) (statement of Rep. Forbes)...............30-31

H.R. Rep. No. 112-645 (II) (2012) ............................................................................... 46, 60
S. Rep. No. 95-604 (I) (1977)......................................................................................... 9, 41
S. Rep. No. 95-701 (1978) ....................................................................................... 10, 11, 86
S. Rep. No. 110-209 (2007).......................................................................................... 12, 15
S. Rep. No. 112-174 (2012)........................................................................................... 46, 60

154 Cong. Rec. S6097-08 (daily ed. June 25, 2008) (statement of Sen. Chambliss) .................. 38

Exec. Order No. 12,333, § 2.2, 3 C.F.R. 210 (1981 Comp.), *reprinted as amended in*
     50 U.S.C. § 401 note (Supp. II 2008) ........................................................................ 10, 49, 73

NSA, *Civil Liberties and Privacy Office Report on NSA's Implementation of FISA
     Section 702* (Apr. 16, 2014), *available at* http://icontherecord/tumblr.com............................ 23
NSA, *The National Security Agency:  Missions, Authorities, Oversight and Partnerships*
     (Aug. 9, 2013), *available at* http://www.nsa.gov/public_info/_files/
     speeches_testimonies/2013_08_09_the_nsa_story.pdf ................................................................. 20
The President's Review Group on Intelligence and Communications Technologies,
     *Liberty and Security in a Changing World* (Dec. 12, 2013), *available at*
     http://www.whitehouse.gov/sites/default/files/docs/2013-12-12_rg_final_report.pdf ............ 47

Kris & Wilson, *National Security Investigations* (2d ed. 2012)............................................. 81-82

Brad Smith, General Counsel and Executive Vice President, Legal and Corporate Affairs,
     Microsoft, *Providing Additional Transparency on U.S. Government Requests for
     Customer Data* (Feb. 3, 2014, 10:00 AM),
     http://blogs.technet.com/b/microsoft_on_the_issues/archive/2014/02/03/providing-
     additional-transparency-on-US-government-requests-for-customer-data.aspx........................ 62

*Minimization Procedures Used by the National Security Agency in Connection with Acquisitions of Foreign Intelligence Pursuant to Section 702 of the Foreign Intelligence Surveillance Act of 1978, as amended* (dated October 31, 2011), *available at* www.dni.gov/files/documents/Minimization%20Procedures%20used%20 by%20NSA%20in%20Connection%20with%20FISA%20SECT%20702.pdf ......................... 53

FISA Ct. R. of P. 13(b) ........................................................................................... 22, 54