**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                  District Court Case No.: 3:10-cr-00475-KI

MOHAMED OSMAN MOHAMUD,               District Court Trial Judge: Garr M. King

        Defendant.

**NOTICE OF APPEAL**

a)  Notice of Appeal: Notice is given to the United States Court of Appeals for the Ninth Circuit that Defendant, Mohamed Osman Mohamud, appeals from the following:

    ____  Conviction only

    _XX_  Conviction and Sentence

    ____  Sentence only

    ____  Order (Specify title, nature and date of entry of the order appealed from)

_____.

b)  Sentence Imposed: 30 years

c)  Bail Status: In custody

ENTERED on behalf of the defendant: [date].

_____            */s/ Stephen R. Sady*_____
Deputy Clerk                                                           Counsel for Appellant

==========================================================

Is a Transcript Required on Appeal?  _XX_  Yes  ____  No

Name of Court Reporter:  Nancy Walker and Jill Erwin_____

Note: If transcript is required, Appellant's counsel must complete the Transcript Order Form (CA 9-036) and make appropriate financial arrangements with the court reporter.

cc:  AUSA Ethan Knight